## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF NEW YORK

L.T AND M.T. by their parent Jeffrey N. Thomas, JEFFREY N. THOMAS as parent of L.T and M.T.; T.L., B.L., R.L., A.L. by their parent Karen LeClair; KAREN LECLAIR as parent of T.L., B.L., R.L., A.L.; J.S. by his parent Danielle Schipano; DANIELLE SCHIPANO as parent of J.S.; B.P by his parent Andrea Penamora, ANDREA PENAMORA as parent of B.P.; E.W. by her parent Joseph Whitehead; and JOSEPH WHITEHEAD as parent of E.W.

Plaintiffs,

vs.

Civil Action No.:  1:21-cv-1034 (LEK/DJS)

**Declaration of Jayanta Bhattacharya**

HOWARD A. ZUCKER, in his official capacity and in his individual capacity,

Defendant.

### Declaration of Jayanta Bhattacharya

Jay Bhattacharya, M.D., Ph.D., pursuant to 28 U.S.C. §1746, declares that:

1. I am a Professor of Medicine at Stanford University and have been on the Stanford University faculty since 2001.  I have firsthand personal knowledge of the facts set forth below and could competently testify about them if called as a witness.

2. Based on my education, training, experience, and ongoing review of the academic literature in the context of COVID-19, it is my professional opinion that mask mandates

1

in schools are unnecessary to control mortality and severe disease from COVID-19 disease. There is no high-quality evidence supporting the proposition that requiring children to wear masks in schools is effective in slowing the community spread of the SARS-CoV-2 virus, which causes COVID-19.  My work in this case is on a pro-bono basis, as I have accepted no personal payments for any work that I have conducted during the epidemic.

<u>Professional Background</u>

3.  I have an M.D. and a Ph.D. in economics, both earned from Stanford University.  I am the director of the Stanford Center for Demography and Economics of Health and Aging. At Stanford, I teach courses on health economics in the Economics Department and on advanced statistical methods in the School of Medicine. I am also a research associate at the National Bureau of Economic Research.

4.  My primary research area is health economics, which includes a focus on epidemiology and infectious disease epidemiology.  Between 1996 and 2021, I have published 154 articles in peer-reviewed journals, including top-ranked peer-reviewed journals in economics, statistics, public health, epidemiology, medicine, and health policy literatures.

5.  I have published numerous peer-reviewed papers on the economics and medicine of infectious disease, including on the economics and epidemiology of HIV, H1N1 flu, H5N1 flu, seasonal influenza, antimicrobial resistance and antibiotic use, and COVID-19.

6.  I have written a popular textbook, *Health Economics*, used to teach the subject in universities worldwide. The textbook includes a chapter on economic epidemiology that surveys the literature on disease modeling, including compartment models such as the

Susceptible-Infected-Recovered (SIR) models, commonly used to forecast the COVID-19 epidemic.

7. I have been actively researching the COVID-19 epidemic using my expertise in infectious disease epidemiology and health economics.  To date, I have published six papers in peer-reviewed journals related to the epidemic, and I have published multiple editorials, including on economic, epidemiological, public health issues related to the epidemic. In particular, I published two popular piece in the Wall Street Journal and the Orange County Register on the wisdom mandating masks on children.

8. My published papers on COVID-19 include the first published serological study measuring the prevalence of the COVID-19 epidemic.  This study, conducted in Los Angeles County ("L.A. County"), uses evidence from a specific antibody response to SARS-CoV-2 (the virus that causes COVID-19) infection in an adult community-dwelling sample picked to be representative of the county.  This piece was published in the Journal of the American Medical Association, one of the leading peer-reviewed journals in medicine.  This paper finds that by April 10-11, 2020, 4.3% of L.A. County adults show specific antibody evidence of prior or current COVID-19 infection.  This prevalence rate represents a multiple of 43.5 times the number of cases confirmed by the county public health authority by that date.  One important implication of this paper is that the infection fatality rate from COVID-19 in L.A. County up to the date of the survey (that is, the probability of dying from a SARS-CoV-2 infection) is at least an order of magnitude lower than the case fatality rate.  The case fatality rate includes only patients infected with SARS-CoV-2 and identified as a case in the denominator of the calculation. Cases most typically include patients who have severe symptoms and thus come to the

attention of medical authorities.  Our study shows that cases represented only a small fraction of the set of people who have been infected with SARS-CoV-2 even early in the epidemic. I served as the senior author for this article.

9.  I am also the senior author of the Santa Clara County ("SCC") seroprevalence study.  It is the first seroprevalence study where the study team made a scientific paper available, and it is still, to my knowledge, among the largest community seroprevalence surveys in the U.S.  The results from the SCC study were similar to the results from the L.A. County seroprevalence study.   On April 3rd & 4th, 2020, the seroprevalence of SARS-CoV-2 antibodies in the SCC sample, reweighted to match the zip code of residence, sex, and race distribution of SCC, was 2.8%.  The SCC study has been enormously influential and has served as a template for the many seroprevalence studies that have followed it.  The SCC study is now published in the peer-reviewed International Journal of Epidemiology and has generated over 550 citations (according to Google Scholar accessed on August 6, 2021) to date.

10. In addition to these seroprevalence studies, I published a peer-reviewed paper in the *Journal of Public Health* on racial disparities in knowledge and attitudes early in the epidemic regarding the danger posed by COVID-19 infection and the efficacy of personal behaviors like hand washing and social distancing in protecting against infection.  I am an author of a paper titled "Visualizing the Invisible: The Effect of Asymptomatic Transmission on the Outbreak Dynamics of Covid-19." published in Computer Methods in Applied Mechanics and Engineering.  This paper presents the first forecasting model that accounts for data provided by seroprevalence studies such as the L.A. County and SCC studies.  In particular, the model accounts for the vast population of previously

infected people identified by the seroprevalence studies and challenges the notion that contact tracing can be a viable strategy to control the further spread of COVID-19 infection.

11. Finally, I published a peer-reviewed paper in the *European Journal of Clinical Investigation* entitled "Assessing Mandatory Stay-at-Home and Business Closure Effects on the Spread of COVID-19." This paper developed statistical evidence from the experience of multiple countries to measure the contribution of mandatory stay-at-home orders (lockdowns) and business closures on the spread of the SARS-CoV-2 virus in the initial months of the epidemic.  Our primary finding is that countries that adopted mandatory stay-at-home orders or business closures were statistically indistinguishable from countries that did not (notably Sweden and South Korea) in terms of the spread of the virus in the population.

12. In addition to my published work, I have been invited to serve as a peer reviewer for many scientific journals to review COVID-19 related submissions by other scientists. These journals include the British Medical Journal, Health Affairs, the Journal of Infectious Disease, the Annals of Internal Medicine, and several other prominent journals. For these journals, I have provided scientific advice regarding the publication of articles on topics related to the COVID-19 epidemic.

13. I have been invited to testify several times in the U.S. Congress, state legislatures, and the Florida governor regarding various aspects of the science and policy regarding COVID-19, including two such occasions when I provided testimony on school mask mandates. I have also provided expert affidavits and sworn testimony pro bono in multiple court challenges to various lockdown policies in Florida, California, Maryland, and Michigan,

as well as in Quebec, Alberta, and Manitoba, Canada. Among the cases I have advised include three religious liberty cases that have reached the U.S. Supreme Court and two cases involving the provision of in-person schooling (one in Florida and one in California).

14. Most relevant to this case, in September 2020, I participated in an invited live roundtable discussion led by Florida Governor Ron DeSantis on the evidence regarding the safety of reopening Florida and the health harms from continued lockdown. My testimony presented the scientific evidence on the infection fatality rate from COVID-19 infection by age, the collateral damage from lockdowns on physical and psychological health, and on the safety of opening schools for in-person instruction. In March 2021, I participated in another public roundtable discussion with Gov. DeSantis focused on the wisdom of requiring schoolchildren to wear masks in school. I published a summary of the testimony I provided – in which I concluded that the harms of masking children outweigh benefits – in a Wall Street Journal piece.

15. Attached hereto as **Exhibit A** is a true and accurate copy of my *Curriculum Vitae*.

COVID-19 Infection Fatality & Other Risks

16. SARS-CoV-2, the virus that causes COVID-19 infection, entered human circulation some time in 2019 in China. The virus itself is a member of the coronavirus family of viruses, several of which cause typically mild respiratory symptoms upon infection. The SARS-CoV-2 virus, by contrast, induces a wide range of clinical responses upon infection. These presentations range from entirely asymptomatic infection to mild upper respiratory disease

6

with unusual symptoms like loss of sense of taste and smell, hypoxia, or a deadly viral pneumonia that is the primary cause of death due to SARS-CoV-2 infection.

17. The mortality danger from COVID-19 infection varies substantially by age and a few chronic disease indicators.[1] For a majority of the population, including the vast majority of children and young adults, COVID-19 infection poses less of a mortality risk than seasonal influenza.  By contrast, for older populations – especially those with severe comorbid chronic conditions – COVID-19 infection poses a high risk of mortality, on the order of a 5% infection fatality rate.

18. The best evidence on the infection fatality rate from SARS-CoV-12 infection (that is, the fraction of infected people who die due to the infection) comes from seroprevalence studies. The definition of seroprevalence of COVID-19 is the fraction of people in a population who have specific antibodies against SARS-CoV-2 in their bloodstream. A seroprevalence study measures the fraction of a population who have antibodies that are produced specifically by people infected by the SARS-CoV-2 virus. The presence of specific antibodies in blood provides excellent evidence that an individual was previously infected.

19. Seroprevalence studies provide better evidence on the total number of people who have been infected than do case reports or positive reverse transcriptase-polymerase chain reaction (RT-PCR) test counts. PCR tests are the most common type of test used to check whether a person currently has the virus or viral fragments in their body (typically in the nasopharynx). The PCR test should not be used to count the total number of people who

---

[1] Public Health England (2020) Disparities in the Risk and Outcomes of COVID-19. August 2020. https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/908434/Disparitie s_in_the_risk_and_outcomes_of_COVID_August_2020_update.pdf

have been infected to date in a population. Case reports and PCR test counts both miss infected people who are not identified by the public health authorities or who do not volunteer for RT-PCR testing. That is, they miss people who were infected but recovered from the condition without coming to the attention of public health authorities. Because they ignore unreported, fatality rate estimates based on case reports or positive test counts are substantially biased toward reporting a higher fatality rate.

20. The CDC estimates that the infection fatality rate for people ages 0-19 years is 0.003%, meaning infected children have a 99.997% survivability rate. The CDC's best estimate of the infection fatality rate for people ages 20-49 years is 0.02%, meaning that young adults have a 99.98% survivability rate. The CDC's best estimate of the infection fatality rate for people age 50-69 years is 0.5%, meaning this age group has a 99.5% survivability rate. The CDC's best estimate of infection fatality rate for people ages 70+ years is 5.4%, meaning seniors have a 94.6% survivability rate.

21. A study of the seroprevalence of COVID-19 in Geneva, Switzerland (published in *The Lancet*)[2] provides a detailed age breakdown of the infection survival rate in a preprint companion paper[3] 99.9984% for patients 5 to 9 years old; 99.99968% for patients 10 to 19 years old; 99.991% for patients 20 to 49 years old; 99.86% for patients 50 to 64 years old; and 94.6% for patients above 65.

22. The COVID-19 vaccines approved for use in the U.S. are very effective in substantially reducing the infection fatality rate. According to the US Centers for Disease Control, the mRNA vaccines were 94% effective against COVID-19 hospitalization for patients 65 and

---

[2] Silvia Stringhini, et al., *Seroprevalence of Anti-SARS-CoV-2 lgG Antibodies in Geneva, Switzerland (SEROCoV-POP): A Population Based Study* (June 11,2020) THE LANCET, https://bit.ly/3187S13.
[3] Francisco Perez-Saez, et al. *Serology- Informed Estimates of SARS-COV-2 Infection Fatality Risk in Geneva, Switzerland* (June 15,2020) OSF PREPRINTS, http://osf.io/wdbpe/.

older.[4] In a study of the effectiveness of the vaccine of frontline workers in real-world settings, the mRNA vaccines reduced COVID-19 infections by 90%.[5] So infection fatality rates that I provide above are overestimated by at least one order of magnitude. Fully vaccinated, non-elderly teachers in classrooms face a vanishingly small risk of mortality even if the SARS-CoV-2 virus infects them.

23. COVID-19 is not a serious threat to schoolchildren, especially younger children—even if they contract the disease.[6]  To begin, COVID-19 is almost never fatal for schoolchildren, as I have shown above.  According to a Bravata et al., 2021 "[t]he CDC estimates that compared to adults 40 to 49 years of age, children 5 to 17 years of age have 160 times lower risk of death from COVID-19 and 27 times lower risk of hospitalization from COVID-19."[7]  Fewer than 350 children "under 18 have died with a Covid diagnosis code in their record."[8]

24. Indeed, data from the UK regarding fatality rates from the Delta variant show the case fatality rate from Delta is lower than other variants, and it is near 0.0% for those under fifty years old.[9] Given the death rate from COVID-19 is positively related to age, and the data

---

[4] Tenforde MW, Olson SM, Self WH, et al. Effectiveness of Pfizer-BioNTech and Moderna Vaccines Against COVID-19 Among Hospitalized Adults Aged ≥65 Years — United States, January–March 2021. MMWR Morb Mortal Wkly Rep 2021;70:674–679. DOI: http://dx.doi.org/10.15585/mmwr.mm7018e1external icon
[5] Thompson MG, Burgess JL, Naleway AL, et al. Interim Estimates of Vaccine Effectiveness of BNT162b2 and mRNA-1273 COVID-19 Vaccines in Preventing SARS-CoV-2 Infection Among Health Care Personnel, First Responders, and Other Essential and Frontline Workers — Eight U.S. Locations, December 2020–March 2021. MMWR Morb Mortal Wkly Rep 2021;70:495–500. DOI: http://dx.doi.org/10.15585/mmwr.mm7013e3external icon
[6] Especially children without preexisting conditions—"[i]t appears that children who become severely ill with acute Covid-19 often have one or more underlying conditions, including medical complexity, obesity, asthma, sickle cell disease, and immunosuppression."  Jessica H. Rubens et al., *Acute COVID-19 and Multisystem Inflammatory Syndrome in Children*, BMJ: CLINICAL UPDATES, Mar. 1, 2021, at 2.

[7] Dena Bravata, et al. *Back to School: The Effect of School Visits During COVID-19 on COVID-19 Transmission* 9 (Nat'l Bureau of Econ. Research, Working Paper No. 28645, Apr. 2021).
[8] Marty Makary, Opinion, *The Flimsy Evidence Behind the CDC's Push to Vaccinate Children*, WALL ST. J. (July 19, 2021), https://on.wsj.com/2VYqit1.
[9] *See* Public Health England (2021) SARS-CoV-2 variants of concern and variants under investigation in England. Technical Briefiing 20. August 6, 2021.  (showing that only 48 of the 147,612 unvaccinated people under 50 who

from the U.K. indicate that relationship still holds, the U.K. data suggest the Delta variant is *not* more lethal to schoolchildren than, for instance, seasonal influenza infection.

25. The incidence of school-age children requiring hospitalizations due to COVID-19 are also rare.  As even those who advocate for stricter non-pharmaceutical interventions in school settings acknowledge, COVID-19 "infection in children is generally characterized by mild illness.[10]  Only a minority of children require hospitalization … ."  The public health agency in the Netherlands similarly concludes "Worldwide, relatively few children have been reported with COVID-19. . .  Children become less seriously ill and almost never need to be hospitalized because of" COVID-19."[11]

26. Experience over the last year and a half bears this out.  For example, in Sweden, "[f]rom March through June 2020, a total of 15 children with Covid-19 were admitted to an ICU (0.77 per 100,000 children in this age group)."[12]

27. There is a spike in hospitalizations that correspond to the prevalence of the Delta variant— but even that is low, approximately 0.4 per 100,000, and roughly corresponds to the last peak in admissions. In any event, it still a small percentage of all hospital admissions.  This suggests the Delta variant is no worse for children than prior variants.  Data from across

---

were infected with the Delta variant died, or 0.03%).
https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/1009243/Technical_Briefing_20.pdf.
[10] Zoe Hyde, Perspective, *COVID-19, Children and Schools: Overlooked and at Risk*, 213 MED. J. AUSTL. 444, 444 (2020)
[11] *See Children, School and COVID-19*, NAT'L INST. PUB. HEALTH & ENV'T (last updated July 14, 2021), https://www.rivm.nl/en/coronavirus-Covid-19/children-and-Covid-19).
[12] Jonas F. Ludvigsson, Letter to the Editor, *Open Schools, Covid-19, and Child and Teacher Morbidity in Sweden*, 384 NEW ENG. J. MED. 669, 669 (2021)

the country confirms that conclusion, with the weekly rate of admission for those under 18 years old much lower than for those over 18.[13]

*28.* The UK has seen the same pattern, with hospital admission rates for school-age children near their prior peak for each age cohort, though still much smaller compared to other age cohorts[14]. Two possible explanations for this include age prioritization of vaccination—which prioritized older individuals and hence protected them differentially— and a surge in Respiratory Syncytial Virus (RSV) infection which does pose moderate danger for children, rather than increasing virulence of the delta variant against children.

29. In addition to hospitalizations, severe health complications from COVID-19 are also rare. Long-lasting symptoms that persist after recovery from COVID-19 infections ("long COVID") and Multisystem Inflammatory Syndrome (MIS-C) are also rare among children. As to the latter, "a small fraction of children can experience a severe post-infectious multisystem inflammatory syndrome."[15] Consider the U.S. In total, there have been 4,404 cases of MIS-C in children between the ages of 0 and 20 in the country since mid-May 2020.[16] That is roughly 0.1% of cases in children in that age group.[17] Rubens et al. confirm that MIS-C is rare: "Overall, MIS-C is a rare complication of SARS-CoV-2. A May 2020 systematic review from 26 countries reported a MIS-C incidence of 0.14% among all

---

[13] *COVID Data Tracker*, CDC (last visited Aug. 14, 2021), https://Covid.cdc.gov/Covid-data-tracker/#Covidnet-hospitalization-network.

[14] *See Coronavirus (COVID-19) Latest Insights: Hospitals*, OFF. NAT'L STAT. (Aug. 13, 2021), https://bit.ly/3ALzikG.

[15] Hyde, *supra*, at 444; *see also* Ludvigsson, *Open Schools*, *supra*, at 669 ("[A] total of 15 children [between the ages of 1 and 16] with Covid-19 (*including those with MIS-C*) were admitted to an ICU (0.77 per 100,000 children in this age group).") (emphasis added).

[16] *Multisystem Inflammatory Syndrome*, CDC (last updated July 30, 2021), https://bit.ly/3xMxdTC.

[17] For data for total COVID-19 cases broken out by age, see *Demographic Trends of COVID-19 Cases and Deaths in the US Reported to CDC*, CDC (last updated Aug. 14, 2021), https://bit.ly/3iPfCpW. The number is a rough approximation due to the difference in reporting periods and because the CDC's age breakdown does not allow for totaling of cases in people aged 0 to 20. To approximate this number, the analysis totals cases for people aged 0 to 17, which would tend to increase the percentage presenting with MIS-C.

children with SARS-CoV-2 infection, but this estimated incidence may be imprecise because of potential underestimation of overall SARS-CoV-2 infections in children."[18]

30. As for long COVID, the evidence "suggests a very low prevalence of [it]" in children.[19] Indeed, "[s]eropositive children, all with a history of pauci-symptomatic SARS-CoV-2 infection, did not report long COVID more frequently than seronegative children."[20] Another study found that symptomatic COVID-19 infection in schoolchildren (5 to 17 years old) "is usually of short duration (6 days vs. 11 days in adults), with low symptom burden."[21]  Further, the authors note that "[o]nly a small proportion of children had illness duration beyond 4 weeks, and their symptom burden decreased over time.  Almost all children had symptom resolution by 8 weeks."[22]  This is consistent with studies showing that long COVID is rare among the general population. [23]

31. The most reliable study was recently published by the Office of National Statistics in the U.K.[24] It is the most reliable study because of its large sample size and, notably, a control group of children who had no history of COVID-19 infection. Strikingly, among children

---

[18] Jessica H. Rubens et al., *Acute COVID-19 and Multisystem Inflammatory Syndrome in Children*, BMJ: CLINICAL UPDATES, Mar. 1, 2021, at 3

[19] Thomas Radtke et al., *Long-Term Symptoms After SARS-CoV-2 Infection in School Children: Population-Based Cohort with 6-Months Follow-Up* 6 (MedRxiv, Preprint, May 18, 2021)

[20] *Id.* at 6.

[21] Erika Molteni et al., *Illness Duration and Symptom Profile in Symptomatic UK School-Aged Children Tested for SARS-CoV-2*, LANCET ADOLESCENT HEALTH, Aug. 3, 2021, at 7.

[22] *Id.* at 2.

[23] *See* Alex J. Walker, *Clinical Coding of Long COVID in English Primary Care: A Federated Analysis of 58 Million Patient Records* In Situ *Using OpenSAFELY*, BRIT. J. GEN. PRAC., 2021, at 3 ("Up to 25 April 2021, there were 23,273 (*0.04%*) patients with a recorded code indicative of a long-COVID diagnosis.") (emphasis added).

[24] Office of National Statistics, UK. Technical article: Updated estimates of the prevalence of post-acute symptoms among people with coronavirus (COVID-19) in the UK: 26 April 2020 to 1 August 2021.
https://www.ons.gov.uk/peoplepopulationandcommunity/healthandsocialcare/conditionsanddiseases/articles/technicalarticleupdatedestimatesoftheprevalenceofpostacutesymptomsamongpeoplewithcoronaviruscovid19intheuk/26april2020to1august2021

age 2 – 11 years, the children in the control group (who had never previously had COVID) had a higher rate of "long-COVID" symptoms (4.1%) than the kids who had previously had COVID (3.2%) four months after recovery from infection. Among children 12-16, the rates of long-COVID symptoms at four months were similar and low in the control (1.3%) and COVID-recovered groups (3.0%). Among young adults age 17-24, the rates of "long-COVID" were identical in the control and COVID-recovered groups (3.6%).

32. To be sure, there is a chance that COVID-19 results in serious, negative outcomes among children—as there is with any disease. But the evidence, thankfully, shows children who are infected with COVID-19 are overwhelmingly likely to recover fully with only mild illness and no lingering effects.

Children are Inefficient Transmitters of the Virus

33. Even without masks, the overwhelming weight of scientific data suggests that the risk of transmission of the virus from children aged six and below to older people is negligible and from children between 7 and 12 to older people is small relative to the risk of transmission from people older than 18 to others.

34. The most important evidence on childhood spread of the disease comes from a study conducted in Iceland and published in the New England Journal of Medicine[25]. The data for this study come from Iceland's systematic screening of its population to check for the virus. This is the most important study on this topic because it is the only study that definitively establishes the direction of the spread of the virus from contact to contact. The study reports on a population-representative sample and a sample of people who were

---

[25] Daniel F. Gudbjartsson, Ph.D., Agnar Helgason, Ph.D., et al., *Spread of SARS-CoV-2 in the Icelandic Population,* The New England Journal of Medicine, https://www.nejm.org/doi/full/10.1056/NEJMoa2006100 (June 11, 2020).

tested because of the presence of symptoms consistent with COVID-19 infection. The study team isolated SARS-CoV-2 virus samples from every positive case, sequenced the virus's genome for every patient, and tracked the mutation patterns in the virus. This analysis, along with contact tracing data, allowed the study team to identify definitively who passed the virus to whom. There have been hundreds of minor mutations of the virus identified, which typically do not alter the function of the virus much, but which provide a unique fingerprint, of sorts, that makes it possible to tell whether two patients could possibly have passed the virus to one another. From this analysis, the senior author of the study, Dr. Kari Stefansson, concluded[26] that "[E]ven if children do get infected, they are less likely to transmit the disease to others than adults. We have not found a single instance of a child infecting parents. There is amazing diversity in the way in which we react to the virus."

35. Though the Iceland study is the only definitive study, there are a number of other studies that use contact tracing methods to investigate the role of children in disease spread. The bulk of such studies conclude that children play a small role, consistent with the Iceland data.

36. A French study[27], conducted by scientists at the L'Institut Pasteur, examined data from late April 2020 on schoolteachers, students, and their parents in Crepy-en-Valois in France. The schools in France were closed from the end of January on, at first because of the February holiday and then the late February lockdown. During this period, French schools

---

[26] Roger Highfield, *Coronavirus: Hunting Down COVID-10,* Science Museum Group, https://www.sciencemuseumgroup.org.uk/blog/hunting-down-Covid-19/ (April 27, 2020).
[27] Arnaud Fontanet, MD, DrPH, Rebecca Grant, et al., *SARS-CoV-2 Infection in Primary Schools in Northern France: A Retrospective Cohort Study in an Area of High Transmission,* Institut Pasteur, https://www.pasteur.fr/fr/file/35404/download (last visited July 9, 2020).

implemented no restrictions on students – neither social distancing nor mask requirements. The authors found three cases among kids in January using antibody tests but found no evidence of virus spread to other kids or teachers from those early cases.  Any spread between the end of January and April (when the authors collected samples) must have occurred during the lockdown. The authors' main conclusion[28] from these facts is that parents were the source of infections in school children; children were not the source. Those kids who tested antibody positive at the end of April, because of the circumstances of the lockdown, must have become positive from a source other than their school. The primary contacts of the young children were their parents, of whom 61% were positive, which is consistent with parent-to-child spread.  This is also consistent with the results showing that only 6.9% of parents tested positive for the virus among antibody-negative kids in April.  The authors' main conclusion mirrors the one reached in the Icelandic study showing that the disease spreads less easily from children to adults than from adults to adults, *even in the absence of masking requirements*.

37. Researchers in Ireland conducted a similar study[29] which analyzed 1,160 children and adults in Ireland who were physically present in a school at some time between March 1st and March 13th, where a COVID-19 case was identified. (Schools were closed in Ireland on March 12th). The authors found three children (between 10 and 15 years old) and three adults with COVID-19 infections. Their study followed students and families after the school closures to see if there was any evidence of disease spread from these identified

---

[28] *COVID-19 In Primary Schools: No Significant Transmission among Children or From Students to Teachers,* Institut Pasteur, https://www.pasteur.fr/en/press-area/press-documents/covid-19-primary-schools-no-significant-transmission-among-children-students-teachers (June 23, 2020).

[29] Laura Heavey, Geraldine Casey, et al., *No Evidence of Secondary Transmission of COVID-19 from Children Attending School in Ireland, 2020,* Eurosurveillance, https://www.eurosurveillance.org/content/10.2807/1560-7917.ES.2020.25.21.2000903#html_fulltext (May 28, 2020).

cases. While the study authors mention physical distancing, hand hygiene, and cough etiquette as interventions implemented in Irish schools at the time, they do not mention required masking. All six patients had PCR confirmed COVID-19 disease but contracted the virus from contacts outside of school. Despite identifying 722 contacts, the study authors reported finding no instance of an infected child infecting another child. The infected adults, by contrast, had many fewer contacts – 102 – but did pass on the infection to a few adult contacts. This, even though the infected children engaged in "music lessons (woodwind instruments) and choir practice, both of which are reportedly high-risk activities for transmission." *Ibid.* As with the French study mentioned above, the Irish schools did not mandate masking at the time of the study, and they still do not require them for children under 13.[30]

38. Based on contact tracing data, a report[31] by the ministry of health in the Netherlands finds almost no disease spread by infected patients 20 and under at all, and only limited spread by adults 20-25 to others outside their own age category. The authors of the study concluded: "Data from the Netherlands also confirms the current understanding: that children play a minor role in the spread of the novel coronavirus. The virus is mainly spread between adults and from adult family members to children. The spread of COVID-19 among children or from children to adults is less common." Hygiene standards in the Netherlands promulgated by its National Institute for Public Health and the Environment make no recommendation of masking for either primary school or secondary school

---

[30] Citizens Information Ireland.  Face Coverings During COVID-19.
https://www.citizensinformation.ie/en/health/covid19/face_coverings_during_covid19.html# (Sept. 25, 2021)
[31] *Children and COVID-19,* National Institute for Public Health and the Environment, https://www.rivm.nl/en/novel-coronavirus-covid-19/children-and-covid-19 (July 2, 2020).

students.[32]

39. A German[33] study reports a strikingly similar finding on the likelihood of pediatric disease spread. The German Society for Pediatric Infectious Diseases collected data on all children and adolescents admitted to a hospital for COVID-19 treatment between mid-March and early May 2020 – 128 patients were admitted to 66 different hospitals. The authors sourced the infection for 38% of these patients, which turned out to be a parent 85% of the time. Though the authors document a limitation of small sample size, they conclude that "In contrast to other epidemic viral respiratory infections, the primary source of infection with SARS-CoV-2 appears not to be other children." The authors reported a single death among these 128 pediatric patients.

40. A study of 23 family disease clusters in Greece, published on August 7, 2020, in the *Journal of Medical Virology*, found that in 91% of the clusters, an adult was the first person to be infected. Their contact tracing effort attempted to clarify the direction of disease spread by careful questioning about the relative timing of the development of symptoms. They found no evidence of either child to adult spread or even child to child spread. They concluded that "[w]hile children become infected by SARS-CoV-2, they do not appear to transmit the virus to others. Furthermore, children more frequently have an asymptomatic or mild course compared to adults."[34]

---

[32] Hygiene Guideline for Primary Schools, National Institute for Public Health and the Environment. https://www.rivm.nl/hygienerichtlijnen/basisscholen (September 25, 2021); and General Hygiene Guideline. National Institute for Public Health and the Environment. https://www.rivm.nl/hygienerichtlijnen/algemeen (Sept. 25, 2021).

[33] Armann, J. P., Diffloth, N., Simon, A., Doenhardt, M., Hufnagel, M., Trotter, A., Schneider, D., Hübner, J., & Berner, R. (2020). Hospital Admission in Children and Adolescents With COVID-19. Deutsches Arzteblatt international, 117(21), 373–374. https://doi.org/10.3238/arztebl.2020.0373

[34] Helena C. Maltezou  Rengina Vorou  Kalliopi Papadima, et al. (2020) "Transmission dynamics of SARS-CoV-2 within families with children in Greece: a study of 23 clusters" Journal of Medical Virology, https://doi.org/10.1002/jmv.26394 (accessed August 12, 2020).

41. A study by the Federal Office of Public Health of Switzerland analyzed 793 cases reported by Swiss doctors in late July 2020.[35] The reports included the place where each patient most likely contracted the infection. The most common source of infection was at home, with 27.2% tracing their disease there. School, by contrast, consisted of only 0.3% of the infections; exactly two of the 793 cases could be tracked to a school. This study has some limitations: first, it is a contact tracing study without genetic sequencing verification, so it is impossible to judge the direction of diseases spread with certainty (i.e., from adult to child or child to adult). Second, the report provides no details about the age of the cases, so it is not possible to separately glean the disease acquisition frequencies for children and adults; and third, only summer schools were in session during this period. Nevertheless, the results strongly suggest that schools are a minor source of community spread of the infection.

42. A large study of 1,900 children attending an urban summer school in Barcelona, Spain, found only 39 new index cases (30 pediatric) over five weeks.[36] (An index case is an initial person identified by a positive test for the virus, from whom close contacts are identified). The investigators chose this setting because they viewed it as a model for what to expect from school openings in the fall. Those 39 index cases interacted with another 253 children within their "cohabitation groups," of whom only 12 developed an infection"– a secondary attack rate of 4.7%. The low secondary attack rate was similar for children of all ages attending the programs, ranging up to 17 years old. The report does not mention masks as

---

[35] Office fédéral de la santé publique OFSP (2020) "Rectificatif : les lieux de contamination sont les contextes familiaux et non les boîtes de nuit" Aug. 2, 2020. available at https://www.bag.admin.ch/bag/fr/home/das-bag/aktuell/news/news-02-08-2020.html

[36] Oriel Guell (2020) *Major coronavirus study in Spanish summer camps shows low transmission among children*. El Pais. (Aug. 26, 2020) available at https://english.elpais.com/society/2020-08-26/major-coronavirus-study-in-spanish-summer-camps-shows-low-transmission-among-children.html

a disease prevention method. Rather, the investigators attributed the success in controlling the spread of the disease to frequent handwashing by the children and organizing the children into "bubbles" so that the kids interacted with the same group of children all day long.

43. A comprehensive official report by Public Health England of the role of English schools, which were reopened on June 1, 2020, despite high community case numbers, in spreading the pandemic.[37] The author of this report found that cases and outbreaks were "uncommon across all educational settings" and that "[s]taff members had an increased risk of SARS-CoV-2 infections compared to students in any educational setting, and the majority of cases linked to outbreaks were in staff." In response to this study, U.K. education minister Gavin Williamson said: "The latest research, which is expected to be published later this year – one of the largest studies on the coronavirus in schools in the world – makes it clear there is little evidence that the virus is transmitted at school."[38]

44. Perhaps the best observational evidence (outside of the Iceland study) on the risk children pose to teachers comes from Sweden's COVID-19 policy.  Swedish primary schools have been open for in-person instruction throughout the epidemic (high schools were closed briefly at the height of the epidemic), even when cases ran high in the community at large, with no masking required of its children.[39] In spring 2020, of the 1.8 million kids in school,

---

[37] Sharif Ismail et al. (2020) "SARS-CoV-2 infection and transmission in educational settings: cross-sectional analysis of clusters and outbreaks in England"  Public Health England, Aug. 12, 2020 https://assets.publishing.service.gov.uk/government/uploads/system/uploads/attachment_data/file/911267/School_Outbreaks_Analysis.pdf

[38] Peter Walker (2020) "Little Evidence COVID Spreads in Schools, says Gavin Williamson" *The Guardian*, Aug. 10, 2020.  https://www.theguardian.com/world/2020/aug/10/little-evidence-covid-spreads-in-schools-says-gavin-williamson

[39] Ludvigsson JF, Engerström L, Nordenhäll C, Larsson E. Open Schools, Covid-19, and Child and Teacher Morbidity in Sweden. N Engl J Med. 2021 Feb 18;384(7):669-671. doi: 10.1056/NEJMc2026670. Epub 2021 Jan 6. PMID: 33406327; PMCID: PMC7821981.

ages 1-15, zero died from COVID.[40] Furthermore, there is no evidence the teachers were at greater risk of COVID infections than others, despite their pupils not wearing masks. On the contrary, the rate of COVID-19 infection among teachers was lower than the average rate of COVID-19 infection among other Swedish essential workers. This result is confirmed by studies of the effect of school closures in the U.S. and elsewhere on overall excess mortality, which finds that school closures – much less mask mandates – on COVID risk were at best minimal.[41, 42]

45. The overwhelming bulk of scientific studies that have examined the topic – including the best studies, which take pains to distinguish correlation from causation – find that children play a limited role in spreading COVID-19 infection to adults. It is striking that this conclusion holds even in situations where children were not required to wear masks.

### No Randomized Evidence of Efficacy of Masking in Limiting Disease Spread

46. There is by now a vast empirical literature purporting to evaluate the effectiveness of mask-wearing in limiting the spread of the SARS-CoV-2 virus.  The question is complicated because it is unlikely that there is a single answer. The effectiveness of masks differ based on the type of mask (cloth vs. surgical vs. N95), protocols for replacing contaminated masks, how well trained the mask-wearer is in maintaining good mask fit, and a large number of other factors, including other non-pharmaceutical interventions such as hand washing, social distancing, and ventilation upgrades.

---

[40] Public Health Agency of Sweden (2020) "COVID-19 in Schoolchildren: A Comparison between Finland and Sweden" https://www.folkhalsomyndigheten.se/contentassets/c1b78bffbfde4a7899eb0d8ffdb57b09/covid-19-school-aged-children.pdf
[41] Dena Bravata, Jonathan H. Cantor, Neeraj Sood & Christopher M. Whaley (2021) Back to School: The Effect of School Visits During COVID-19 on COVID-19 Transmission. NBER Working Paper # 28645. April 2021. https://www.nber.org/papers/w28645 DOI 10.3386/w28645
[42] Walsh S, Chowdhury A, Braithwaite V, et alDo school closures and school reopenings affect community transmission of COVID-19? A systematic review of observational studiesBMJ Open 2021;11:e053371. doi: 10.1136/bmjopen-2021-053371

The effectiveness of masks in protecting the wearer against infection (self-protection) will also differ from the effectiveness of masks in protecting people near the wearer from becoming infected (source control). Studies conducted in laboratories on mannequins, for instance, are unlikely to translate well into real-world settings, where conditions differ sharply from the laboratory. Many ecological studies also estimate the correlation between the imposition of mask mandates and the subsequent spread of COVID-19 disease in various locations rather than at the individual level. However, it is notoriously difficult to adjust for bias caused by factors that researchers do not observe in such studies.

47.   The best guide to the effectiveness of masks – the highest quality evidence – are randomized controlled trials that reduce bias from many sources on the effectiveness estimates. Though some have argued that randomized evaluations of the effectiveness of masking are impossible in the context of respiratory virus spread, there were more than a dozen randomized evaluations of masking in the context of the flu published before the pandemic in peer-reviewed journals. It has been more than 18 months since the beginning of the pandemic and the imposition of lockdown orders, and the efficacy of masking has been of intense policy interest.  Nevertheless, there is to date only a single peer-reviewed randomized study published on the effectiveness of masks in self-protection against COVID-19. The study, which did not enroll children, found no statistically significant difference between the treatment group and control group regarding the probability of infection.[43]

48.   Shockingly, there are no randomized evaluations of the effectiveness of masks on children in source control for COVID-19 (that is, the effectiveness of masks in protecting others in the context of schools or children). In the context of adults, there is a preprint (not yet peer-reviewed) randomized

---

[43] Bundgaard H, Bundgaard JS, Raaschou-Pedersen DET, von Buchwald C, Todsen T, Norsk JB, Pries-Heje MM, Vissing CR, Nielsen PB, Winsløw UC, Fogh K, Hasselbalch R, Kristensen JH, Ringgaard A, Porsborg Andersen M, Goecke NB, Trebbien R, Skovgaard K, Benfield T, Ullum H, Torp-Pedersen C, Iversen K. Effectiveness of Adding a Mask Recommendation to Other Public Health Measures to Prevent SARS-CoV-2 Infection in Danish Mask Wearers : A Randomized Controlled Trial. Ann Intern Med. 2021 Mar;174(3):335-343. doi: 10.7326/M20-6817. Epub 2020 Nov 18. PMID: 33205991; PMCID: PMC7707213.

study on the efficacy masking as source control. The study, conducted in Bangladesh, randomly assigned villages in that country to cloth masks, surgical masks, and control villages. In the villages chosen for masking, residents were offered masks for free, and various measures were implemented to encourage masking. Ultimately, about 40% of villagers in the villages chosen for masking wore masks, while about 10% wore masks in the control villages. Despite the sharp increase in masking, there was no statistically significant difference in the symptomatic seroprevalence of COVID-19 disease in the villages with cloth masks and the control villages. The villages assigned surgical masks had a slightly lower symptomatic seroprevalence rate than the control villages (0.76% vs. 0.69%), with a 95% statistical confidence bound that included zero effect and no measured difference in hospitalization or mortality. The study did not include children.

49. So in the context of COVID-19, there is no high-quality evidence supporting the notion that masks on children work to control disease spread, either self-protection or source control. By contrast, in the context of the flu, there is considerable randomized evidence that masks are not effective in reducing disease spread for both source control and self-protection.[44]

50. The literature on the efficacy of masks to control respiratory viruses is vast, so it is fortunate that four prominent groups have conducted comprehensive literature reviews. I will reproduce here the key conclusions conducted by teams of researchers at the Cochrane Collaborative, at the European CDC, at the Oxford University Centre for Evidence-Based Medicine, and at the US Centers for Disease Control. All of the reviews acknowledge the lack of randomized evidence in this area. Each differs in their conclusions about the effectiveness of masks, but those conclusions rest on the relative weight each research group put on randomized studies showing no benefit in masking versus poor quality correlational evidence that provided mixed results on mask effectiveness based on the setting.

---

[44] Jefferson T, Del Mar CB, Dooley L, Ferroni E, Al-Ansary LA, Bawazeer GA, van Driel ML, Jones MA, Thorning S, Beller EM, Clark J, Hoffmann TC, Glasziou PP, Conly JM. Physical interventions to interrupt or reduce the spread of respiratory viruses. Cochrane Database of Systematic Reviews 2020, Issue 11. Art. No.: CD006207. DOI: 10.1002/14651858.CD006207.pub5.

51. The Cochrane Collaborative is an organization of academics with a reputation for writing high-quality evidence summaries on a full range of important topics within medicine using a standardized approach to evidence evaluation.  The Cochrane review of the mask literature separately evaluates the effectiveness of medical/surgical masks and N95 respirator masks.[45] Because there were no randomized studies in the context of COVID-19 when the study was published, the review focuses on the randomized studies in the influenza context. The authors conclude:

> **"Medical/Surgical Masks:** Seven studies took place in the community, and two studies in healthcare workers. Compared with wearing no mask, wearing a mask may make little to no difference in how many people caught a flu-like illness (9 studies; 3507 people); and probably makes no difference in how many people have flu confirmed by a laboratory test (6 studies; 3005 people). Unwanted effects were rarely reported, but included discomfort.
> **N95/P2 respirators:** Four studies were in healthcare workers, and one small study was in the community. Compared with wearing medical or surgical masks, wearing N95/P2 respirators probably makes little to no difference in how many people have confirmed flu (5 studies; 8407 people); and may make little to no difference in how many people catch a flu-like illness (5 studies; 8407 people) or respiratory illness (3 studies; 7799 people). Unwanted effects were not well reported; discomfort was mentioned."

52. In other words, according to a comprehensive evidence summary of mask effectiveness in the context of the flu – a virus that shares many physical properties with the SARS-CoV-2 virus and is transmitted similarly to SARS-CoV-2 – high-quality evidence finds no effect of masks on the spread of disease, even when the masks are employed by health care workers who are trained to use them properly.

53. The US CDC review, conducted last year, evaluates the randomized studies on the effectiveness of various personal protective measures, including face masks to protect against the spread of influenza.[46] The review's conclusion is straightforward:

---

[45] *Ibid.*
[46] Xiao J, Shiu E, Gao H, et al. Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings—Personal Protective and Environmental Measures. Emerging Infectious Diseases. 2020;26(5):967-975. doi:10.3201/eid2605.190994.

> "In this review, we did not find evidence to support a protective effect of personal protective measures or environmental measures in reducing influenza transmission. Although these measures have mechanistic support based on our knowledge of how influenza is transmitted from person to person, randomized trials of hand hygiene and face masks have not demonstrated protection against laboratory-confirmed influenza, with one exception."

54. The one exception they note is a randomized study that found that regular hand washing may slow influenza spread in health care settings. The CDC review – conducted in mid-2020 – emphasizes the need for high-quality studies on masks and COVID-19. It is striking that there has only been two randomized evaluation published since this call for high-quality evidence last year (that is, the Danish and Bangladeshi mask studies I cite above) since the publication of this review by the CDC.

55. The review by the team at the Oxford University Centre for Evidence-Based Medicine – a group that (like the Cochrane Collaborative) is famous for its careful evidence summaries on a wide variety of health care topics – makes the same observations as the other groups.[47] Namely, they lament the lack of high-quality evidence evaluating the effectiveness of masks in the context of COVID-19. Unlike the other groups, the CEBM review documents several randomized studies in progress (including the Danish mask study referenced above). Though the CEBM study was published in July 2020, to my knowledge, none of these planned randomized studies have been completed or published beside the Danish and Bangladeshi mask studies referenced above.[48] The CEBM summary emphasizes the danger of making policy decisions (such as making masks mandatory) when the scientific evidence on the topic is so inadequate.

> "What do scientists do in the face of uncertainty on the value of global interventions? Usually, they seek an answer with adequately designed and swiftly implemented clinical studies as has been partly achieved with

---

[47] Tom Jefferson, Carl Heneghan (2020) Masking Lack of Evidence with Politics. Centre for Evidence Based Medicine working paper. Oxford University. https://www.cebm.net/covid-19/masking-lack-of-evidence-with-politics/

[48] During a person conversation on August 14, 2021, Prof. Carl Heneghan (Oxford University) confirmed to me that none of the planned randomized studies listed in the CEBM review  (except for the Danish mask study cited here) had been completed, released as a working paper, or published to date.

24

pharmaceuticals. We consider it is unwise to infer causation based on regional geographical observations as several proponents of masks have done. Spikes in cases can easily refute correlations, compliance with masks and other measures is often variable, and confounders cannot be accounted for in such observational research…The small number of trials and lateness in the pandemic cycle is unlikely to give us reasonably clear answers and guide decision-makers. This abandonment of the scientific modus operandi and lack of foresight has left the field wide open for the play of opinions, radical views, and political influence."

56. The literature review by the European CDC covers both the randomized evidence on masks and influenza spread that the other teams' review and the early observational evidence on masks and COVID-19.[49]   The team evaluating this evidence places more weight on the low-quality observational studies than do some of the other teams. For this reason, I place less importance on the conclusions of this review than I do on the others. Still, they emphasize in their conclusions the need for more high-quality (i.e., randomized) evidence on the topic.

"The evidence regarding the effectiveness of medical face masks for the prevention of COVID-19 in the community is compatible with a small to moderate protective effect, but there are still significant uncertainties about the size of this effect. Evidence for the effectiveness of non-medical face masks, face shields/visors and respirators in the community is scarce and of very low certainty. Additional high-quality studies are needed to assess the relevance of the use of medical face masks in the COVID-19 pandemic."

57. Since there is so little randomized data available to answer whether masks effectively protect the user or slow disease spread, it is natural to look to observational evidence.  Observational data are most important when randomized evaluations are impossible for logistical or ethical reasons. However, this is not true for masks since there have been randomized studies on their effect on reducing transmission of respiratory viruses conducted – including one in the context of COVID-19.  The problem with observational studies is that the adoption of a mask mandate (either in schools or in the community) is not a random decision and may be induced by the perceived threat of COVID cases near the time of adoption. Therefore, the correlation observed in observational

---

[49] European Centre for Disease Prevention and Control. Using face masks in the community: first update. 15 February 2021. ECDC: Stockholm; 2021.

data does not necessarily imply a causal relationship between a mask mandate and COVID outcomes.

58. That said, a comprehensive analysis of the correlation between COVID spread in the U.S. in the fall/winter wave of late 2020/early 2001, and the imposition of mask mandates found no correlation between them.[50] The authors of this peer-reviewed study concluded that "Earlier mask mandates were not associated with lower total cases or lower maximum growth rates. Growth rates and total growth were comparable between U.S. states in the first and last mask use quintiles during the Fall-Winter wave…We did not observe an association between mask mandates or use and reduced COVID-19 spread in U.S. states." If there is no correlation between mask mandates and COVID case growth, it seems unlikely that there is a causal relationship.

59. For mask mandates in schools, the observational evidence is mixed, with some studies finding correlations between mask requirements and cases and others finding no correlation.[51] No randomized studies have been conducted. Some studies given prominence by the CDC have been of particularly poor quality. For instance, the CDC cited one study conducted by Duke researchers in North Carolina as showing that masks on children reduced disease spread.[52] However, the study includes only 11 school districts that required masks and *no* control districts that did not require masks. Writing in the *Wall Street Journal* about the study, Duke University researcher Tom Nicholson wrote:

> In an inversion of logic, the report concluded that the only nonvariable in the data set [masks] must be the cause of low transmission rates in North Carolina schools. It should be obvious that proving some components of a strategy as useless doesn't demonstrate that others are effective. Such a claim requires a control group or appropriate statistical methods. The researchers might as well have attributed the low Covid rate in schools to

[50] Damian D.Guerra, Daniel J.Guerra. Mask mandate and use efficacy for COVID-19 containment in US States.International Research Journal of Public Health, 2021; 5:55. DOI: 10.28933/irjph-2021-08-1005
[51] Gettings J, Czarnik M, Morris E, et al. Mask Use and Ventilation Improvements to Reduce COVID-19 Incidence in Elementary Schools — Georgia, November 16–December 11, 2020. MMWR Morb Mortal Wkly Rep 2021;70:779–784. DOI: http://dx.doi.org/10.15585/mmwr.mm7021e1external icon
[52] US CDC. Science Brief: Transmission of SARS-CoV-2 in K-12 Schools and Early Care and Education Programs – Updated July 9, 2021.  Accessed Sept. 25, 2021. https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/transmission_k_12_schools.html#in-person

wearing shoes.

60. One particularly notable observational study—notable for its detailed measurement of masking policies at the school and district level, for its accounting for other factors such as school-level ventilation upgrades, and its consideration of outcomes throughout the 2020/21 school year – reported on the correlation between masking and COVID-19 case rates in Florida, New York, and Massachusetts.[53] In Florida, school mask policies fell into one of three categories: masks required for both staff and students; masks required only for staff; and no masks required. The figure (Figure 4, reproduced exactly from the paper) shows how case rates evolved over the school year (between October 2020 and April 2021) for each of the three groups. Through much of the school year, COVID case rates were lowest among both staff and children for locations that required only staff to mask (top panel). In fact, there were no statistically significant differences in the case rates among the three groups; that is, locations with mask mandates on either staff or students did no better in case rates relative to locations with no mandates (bottom panel). The primary finding for Florida extends to the other states the authors analyzed: mask mandates for students are effectively uncorrelated with COVID-19 infection rates in either students or teachers.

---

[53] Emily Oster, Rebecca Jack, Clare Halloran, John Schoof, Diana McLeod (2021) "COVID-19 Mitigation Practices and COVID-19 Rates in Schools: Report on Data from Florida, New York and Massachusetts" medRxiv, May 21, 2021, doi: https://doi.org/10.1101/2021.05.19.21257467

**Figure 4a. Mean Student and Staff Case Rates by Masking Requirements in Florida**



*Note.* Florida masking practices are categorized into three groups: masks required for both students and staff, masks required for staff only, and no masks required for either students or staff. Case rates are reported as daily COVID-19 case rates per 100,000. Mean daily case rate is calculated by group per biweekly wave in the data. Means do not control for community case rates or population demographics.

**Figure 4b. Regression Coefficients of Student and Staff Case Rates on Masking Requirements in Florida**



*Note.* The regression coefficients are from regressions of masking groups (i.e. staff-only masks required and no masks required) interacted with each biweekly wave group on student and staff case rates. The comparison is masks required for both students and staff.  Regressions control for community case rates, time fixed effects, racial demographics, density groups, ventilation upgrades, and school level. Regressions are weighted by total student enrollment and standard errors are clustered by school districts.

61. Given the negative evidence from high-quality randomized studies on the efficacy of masking in the context of the flu, the fact that the only two randomized trials on the efficacy of masking in adults both found minimal and statistically insignificant (Danish study) or barely statistically significant (Bangladeshi study) effects of masking on self-protection and source control, that there are no randomized trials in the contexts of masking children in schools, and that there is mixed evidence from observational studies, it is not correct to conclude that masking children in schools has limited the spread of COVID-19. The correct conclusion is that there is no established correlation, and hence no scientific basis for mandating the children be masked.

28

Harms to children by mask wearing in schools

62. By contrast with the poor-quality evidence that masking children in schools has any effect whatsoever on COVID-19 disease spread, there is ample evidence of some physical and developmental harms to children that accrue from wearing masks.

63. One interesting study compares the hemoglobin content of blood collected from before the pandemic led to lockdown versus blood collected during the pandemic through December 2020. The study analyzes a large sample size of over 19,500 blood donors.  The study's basic premise is that if masking creates hypoxia (sometimes experienced as difficulty breathing when masked), then a donor's body will respond by making a larger quantity of hemoglobin to compensate. This is precisely what the researchers observe.  They conclude that "prolonged use of face mask by blood donors may lead to intermittent hypoxia and consequent increase in hemoglobin mass." Of course, if this conclusion is true for blood donors, it is likely to be true for school children.

64. A study surveying parents and pediatricians documents that a substantial fraction of children required to wear masks experience immediate physical side-effects, including speaking difficulties, changes in mood, discomfort breathing, headache, and cutaneous disorders (i.e., face rashes).  In addition to these physical problems, masking children causes psychological stress in children and disrupts learning.

65. Covering the lower half of the face of both teacher and pupil reduces the ability to communicate.  In particular, children lose the experience of mimicking expressions, an essential tool of nonverbal communication.  Positive emotions such as laughing and smiling become less recognizable, and negative emotions get amplified. Bonding between teachers and students takes a big hit. Masking exacerbates the chances that a child will

experience anxiety and depression, which are already at pandemic levels themselves. The World Health Organization's guidance document on child masking says that up to age five, masking children may harm the achievement of "childhood developmental milestones." For children between six and eleven, the same document says that mask guidance should consider the "potential impact of mask-wearing on learning and psychosocial development."  The WHO explicitly recommends against masks during exercise because masks make breathing more difficult. Another review concludes:

> "[C]overing the lower half of the face reduces the ability to communicate, interpret, and mimic the expressions of those with whom we interact. Positive emotions become less recognizable, and negative emotions are amplified. Emotional mimicry, contagion, and emotionality in general are reduced and (thereby) bonding between teachers and learners, group cohesion, and learning – of which emotions are a major driver."

66. Finally, a perspective piece by the first author of the New England Journal of Medicine piece on the Swedish experience with open schools (cited above) raises the likely possibility that children are less likely to comply with optimal mask wearing protocols than adults.  The author's reasoning against the wisdom of masking children is worth quoting in full:

> "Face masks also have potential disadvantages, such as hindering verbal and non-verbal communication. There is a risk that children will keep touching their masks and actually increase the viral load on their hands. Using face masks also risks replacing social distancing, as some parents may be tempted to send their children to school or daycare wearing a mask if they have minor symptoms rather than keeping them at home. Finally, the commercially made masks that are currently available, especially the N95 masks that are said to offer greater protection, rarely fit children. Hence the use of such masks might lead to a false sense of safety, despite leaking viruses due to their poor fit. However, the most important drawback of face masks in children may well be that their use could reduce the focus from other measures that may be more important, such as hand washing, social distancing and staying at home when they are sick."

67. In sum, the harm to children of mask wearing in school outweighs any perceived benefit with respect to reducing the spread of COVID-19.

68. Based on the foregoing, and as iterated above, it is my professional opinion that mask mandates in schools are unnecessary to control mortality and severe disease from the COVID-19 disease. There is no high-quality evidence supporting the proposition that requiring children to wear masks in schools is effective in slowing the community spread of the SARS-CoV-2 virus, which causes COVID-19.

69. I reserve the right to supplement this declaration in writing or through oral testimony up to and through the time of a hearing.  Supplementation will include testimony and evidence that expands upon the contents of this affidavit as well as necessary information outside of the four corners of this declaration.

On this _27th day of September, 2021, I, Jay Bhattacharya, pursuant to 28 U.S.C. §1746, declare that I have read the foregoing declaration and the same is true to my own knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

/s/  **Jayanta Bhattacharya _____**

Jayanta Bhattacharya, MD, PhD

31

# EXHIBIT A

**JAY BHATTACHARYA, M.D., Ph.D.**                                        September 2021

**Address**

Center for Primary Care and Outcomes Research          **Phone:** (650) 736-0404
Stanford University School of Medicine
615 Crothers Way                                        **Email**: jay@stanford.edu
Stanford, CA 94305-6019                                 http://web.stanford.edu/~jay

**RESEARCH INTERESTS**

Health economics, health policy, and outcomes research

**A. ACADEMIC HISTORY:**

| | | |
|---|---|---|
| Stanford University | A.M., A.B. | 1990 |
| Stanford University School of Medicine | M.D. | 1997 |
| Stanford University Department of Economics | Ph.D. | 2000 |

**B. EMPLOYMENT HISTORY:**

| | |
|---|---|
| 2001 – present | Professor (Assistant to Full), Stanford University Department of Medicine, Department of Economics (by courtesy) |
| 2013 – present | Senior Fellow, Stanford Institute for Economic Policy Research |
| 2014 – present | Senior Fellow Stanford Freeman Spogli Institute |
| 2007 – present | Research Associate, Sphere Institute / Acumen LLC |
| 2002 – present | FRF to Research Associate, National Bureau of Economic Research |
| 2001 – 2020 | Professor (Assistant to Full) Department of Health Research and Policy (by courtesy) |
| 2006 – 2008 | Research Fellow, Hoover Institution |
| 1998 – 2001 | Economist (Associate to Full), RAND Corporation |
| 1998 – 2001 | Visiting Assistant Professor, UCLA Department of Economics |

**C. SCHOLARLY PUBLICATIONS:**

PEER-REVIEWED ARTICLES (154 total)

1. Yoshikawa A, Vogt W.B., Hahn J., **Bhattacharya J.**, "Toward the Establishment and Promotion of Health Economics Research in Japan," *Japanese Journal of Health Economics and Policy* 1(1):29-45, (1994).

2. Vogt WB, **Bhattacharya J**, Kupor S, Yoshikawa A, Nakahara T, "The Role of Diagnostic Technology in Competition among Japanese Hospitals," *International Journal of Technology Management, Series on Management of Technology in Health Care*, 11(1):93-105 (1995).

3. **Bhattacharya J**, Vogt WB, Yoshikawa A, Nakahara T, "The Utilization of Outpatient Medical Services in Japan," *Journal of Human Resources*, 31(2): 450-76, (1996).

4. Vogt WB, Kupor S, **Bhattacharya J**, Yoshikwawa A, Nakahara T, "Technology and Staffing in Japanese University Hospitals: Government vs. Private," *International Journal of Technology Assessment in Health Care*, 12(1): 93-103, (1996).

5. Sturm R, Gresenz C, Sherbourne C, **Bhattacharya J**, Farley D, Young AS, Klap R, Minnium K, Burnham MA, and Wells KB. "The Design of Healthcare for Communities: A Study of Health Care Delivery for Alcohol, Drug Abuse, and Mental Health Conditions." *Inquiry* 36(2):221-33 (1999).

6. Goldman D, **Bhattacharya J**, Joyce G, D'Amato R, Bozette S, Shapiro M, Liebowitz A. "The Impact of State Policy on the Costs of HIV Infection", *Medical Care Research and Review* 58(1):31-53 (2001). See comments *Medical Care Research and Review* 58(4):497-498 (2001).

7. Schoenbaum M, Spranca M, Elliot M, **Bhattacharya J**, Short PF. "Health Plan Choice and Information about Out-of-Pocket Costs: An Experimental Analysis" *Inquiry* 38(1):35-48 (2001).

8. Reville R, **Bhattacharya J**, and Sager L.  "New Methods and Data Sources for Measuring the Economic Consequences of Workplace Injuries," *American Journal of Industrial Medicine* 40(4):452-63 (2001).

9. Goldman D, **Bhattacharya J**, McCaffrey D, Duan N, Leibowitz A, Morton S.  "The Effect of Insurance on Mortality in an HIV+ Population in Care," *JASA* 96(455):883-894, (2001). See comments "The Effect of Insurance on Mortality in an HIV+ Population in Care," *JASA* 97(460):1218 (2002).

10. Su C, **Bhattacharya J**, and Wang CC, "Role of Neck Surgery in Conjunction with Radiation in Regional Control of Node-Positive Cancer of the Oropharynx" *American Journal of Clinical Oncology* 25(2):109-16. (2002).

11. DeLeire T, **Bhattacharya J**, and MaCurdy T.  "Comparing Measures of Overtime Across BLS Surveys." *Industrial Relations* 41(2):362-369 (2002).

12. Studdert D, **Bhattacharya J**, Warren B, Schoenbaum M, Escarce JJ. "Personal Choices of Health Plans by Managed Care Experts." *Medical Care* 40(5):375-86 (2002).

13. **Bhattacharya J**, Schoenbaum M, and Sood N. "Optimal Contributions to Flexible Spending Accounts for Medical Care." *Economics Letters* 76(1):129-135 (2002).

14. Reville R, Neuhauser F, **Bhattacharya J**, and Martin C, "Comparing Severity of Impairment for Different Permanent Upper Extremity Musculo-Skeletal Injuries" *Journal of Occupational Rehabilitation* 12(3):205-21 (2002).

15. Lakdawalla D., Goldman D, **Bhattacharya J**, Hurd M, Joyce G, and Panis C., "Forecasting the Nursing Home Population", *Medical Care* 41(1):8-20 (2003) See comments "Forecasting the Nursing Home Population," *Medical Care* 41(1):28-31 (2003).

16. **Bhattacharya J**, Deleire T, Haider S, Currie J. "Heat or Eat? Cold-Weather Shocks and Nutrition in Poor American Families," *American Journal of Public Health* 93(7):1149-1154 (2003).

17. **Bhattacharya J** and Vogt W. "A Simple Model of Pharmaceutical Price Dynamics." *Journal of Law and Economics* 46:599-626 (2003).

18. **Bhattacharya J**, Goldman D, Sood N. "The Link Between Public and Private

Insurance and HIV-Related Mortality," *Journal of Health Economics* 22:1105-1122 (2003).

19. Lakdawalla D, **Bhattacharya J**, and Goldman D.  "Are the Young Becoming More Disabled?" *Health Affairs* 23(1):168-176 (2004).

20. **Bhattacharya J**, Currie J, and Haider S. "Poverty, Food Insecurity, and Nutritional Outcomes in Children and Adults," *Journal of Health Economics* 23(4):839-862 (2004).

21. Yoo BK, **Bhattacharya J**, McDonald K and Garber A. "Impacts of Informal Caregiver Availability on Long-term Care Expenditures in OECD Countries," *Health Services Research* 39(6 Pt 2):1971-92 (2004).

22. **Bhattacharya J**, Goldman D, and Sood N. "Price Regulation in Secondary Insurance Markets"  *Journal of Risk and Insurance* 72(4):61-75 (2005).

23. **Bhattacharya J**. "Specialty Selection and Lifetime Returns to Specialization Within Medicine" *Journal of Human Resources* 40(1):115-143 (2005).

24. Lakdawalla D, Philipson T, **Bhattacharya J**, "Welfare-Enhancing Technological Change and the Growth of Obesity," *American Economics Review* (Papers and Proceedings) 95(2): 253-257 (2005).

25. **Bhattacharya J,** Shang B, Su CK, Goldman D "Technological Advance in Cancer and the Future of Medical Care Expenditures by the Elderly," *Health Affairs.* [Web Exclusive 10.1377/hlthaff.w5.r5-r17] 26 September (2005).

26. Goldman DP, Shang B, **Bhattacharya J**, Garber AM, Hurd M, Joyce GF, Lakdawalla D, Panis C, Shekelle P, "Consequences Of Health Trends And Medical Innovation For The Future Elderly," *Health Affairs.* [Web Exclusive 10.1377/hlthaff.w5.r53-r66] 26 September (2005).

27. **Bhattacharya J** and Lakdawalla D, "The Labor Market Value of Health Improvements" *The Forum for Health Economics and Health Policy.* Forum: Biomedical Research and the Economy: Article 2 http://www..bepress.fhep/biomedical_research/2 (2005).

28. **Bhattacharya J** and Lakdawalla D, "Does Medicare Benefit the Poor?" *Journal of Public Economics* 90(1-2):277-92 (2006).

29. **Bhattacharya J**, Goldman D, McCaffrey D, "Estimating Probit Models with Endogenous Covariates," *Statistics in Medicine* 25(3):389-413 (2006).

30. **Bhattacharya J**, Currie J, and Haider S, "Breakfast of Champions? The Nutritional Effects of the School Breakfast Program," *Journal of Human Resources* (2006) 41(3):445-466.

31. **Bhattacharya J** and Sood N, "Health Insurance and the Obesity Externality" *Advances In Health Economics And Health Services Research* 17:279-318 (2007).

32. Shetty K and **Bhattacharya J,** "The Impact of the 2003 ACGME Work Hours Regulations" *Annals of Internal Medicine* 147: 73-80 (2007). See comment "A Response to Dr. Puhan" *Annals of Internal Medicine* 148(6): 482 (2008).

33. **Bhattacharya J** and Shang B, "Model Based Survey Design Using Logits:

Estimating Lost Statistical Power from Random Alternative Sampling" *Survey Research Methods* 1(3):145-154 (2007).ea

34. **Bhattacharya J**, Choudhry K, and Lakdawalla D, "Chronic Disease and Trends in Severe Disability in Working Age Populations" *Medical Care* 46(1):92-100 (2008).

35. **Bhattacharya J**, Shaikh A, Vytlacil E, "Treatment Effect Bounds under Monotonicity Assumptions: An Application to Swan-Ganz Catheterization" *American Economic Review (Papers and Proceedings)* 98(2): 351–56 (2008).

36. Shetty K, Vogt WB, and **Bhattacharya J,** "Hormone Replacement Therapy and Cardiovascular Health in the US." *Medical Care* 47(5):600-606 (2009).

37. **Bhattacharya J** and Bundorf K, "The Incidence of the Healthcare Costs of Obesity" *Journal of Health Economics* 28(3):649-658 (2009)

38. Bendavid E and **Bhattacharya J,** "PEPFAR in Africa: An Evaluation of Outcomes" *Annals of Internal Medicine* 150(10):688-695 (2009)

39. Nukols T, **Bhattacharya J**, Wolman DM, Ulmer C, Escarce JJ, "Cost Implications of Reductions to Resident Physician Work Hours and Workloads for Resident Physicians," *New England Journal of Medicine* 360(21):2202-15 (2009).

40. **Bhattacharya J** and Isen A, "On Inferring Demand for Health Care in the Presence of Anchoring and Selection Biases," *Forum for Health Economics & Policy*: 12(2) (Health Economics), Article 6. http://www.bepress.com/fhep/12/2/6 (2009)

41. **Bhattacharya J**, Goldman D, and Sood N, "Market Evidence of Misperceived Prices and Mistaken Mortality Risks," *Journal of Economic Behavior and Organization* 72(1):451-462 (2009)

42. Seabury S, **Bhattacharya J**, Neuhauser F, Reville R, "Using Empirical Data on Earnings Losses to Improve Permanent Disability Ratings in Workers' Compensation," *Journal of Risk and Insurance* 77(1):231-260 (2010).

43. Kautz T, Bendavid E, **Bhattacharya J**, Miller NG, "AIDS and Declining Support for Dependent Elderly People in Africa: Retrospective Analysis Using Demographic and Health Surveys" *British Medical Journal* 340:c2841 doi:10.1136 (2010)

44. Patel CJ, **Bhattacharya J**, Butte AJ, "An Environment-Wide Association Study (EWAS) on Type 2 Diabetes Mellitus," *PLoS ONE* 5(5): e10746. doi:10.1371/journal.pone.0010746 (2010)

45. Yoo BK, **Bhattacharya J**, Fiscella K, Bennett NM, Szilagyi P, "Effects of Mass Media Coverage on Timing and Annual Receipt of Influenza Vaccination among Medicare Elderly" *Health Services Research* 45(5 Pt 1):1287-309.  (2010)

46. Bendavid E, Leroux E, **Bhattacharya J**, Smith N, and Miller G, "The Role of Drug Prices and Foreign Assistance in Expanding HIV Treatment in Africa" *British Medical Journal* 341:c6218 (2010)

47. Shetty K, Deleire T, White C, and **Bhattacharya J,** ``Changes in Hospitalization Rates Following Smoking Bans,'' *Journal of Policy Analysis and Management* 30(1):6-28 (2011)

48. **Bhattacharya J** and Sood N, "Who Pays for Obesity*?" Journal of Economic Perspectives* 25(1):139-58 (2011)

49. Liu V, Weill D, **Bhattacharya J,** "Racial Differences in Survival Following Lung Transplantation" *Archives of Surgery* 146(3):286-293 (2011)

50. Liu V, **Bhattacharya J**, Weill D, Hlatky M, "Persistent Racial Disparities in Survival Following Heart Transplantation" *Circulation* 123:1642-1649 (2011)

51. **Bhattacharya J** and Packalen M "Opportunities And Benefits As Determinants Of The Direction Of Scientific Research"' *Journal of Health Economics* (2011) 30(4):603-15

52. Atella V, **Bhattacharya J**, Carbonari L, "Pharmaceutical Price Controls and Minimum Efficacy Regulation: Evidence from the US and Italy," *Health Services Research* (2012) 47(1 Pt 1):293-308.

53. **Bhattacharya J**, Shaikh AM, and Vytlacil E, "Treatment Effect Bounds: An Application to Swan-Ganz Catheterization," *Journal of Econometrics* (2012) 168(2): 223-243.

54. **Bhattacharya J** and Packalen M, "The *Other* Ex-Ante Moral Hazard in Health"' *Journal of Health Economics* (2012) 31(1):135-46

55. Smith-Spangler C, **Bhattacharya J**, and Goldhaber-Fiebert JD, "Diabetes, Its Treatment, and Catastrophic Medical Spending in 35 Developing Countries" *Diabetes Care* (2012) 35(2):319-26

56. Arroyo A, Wang E, Saynina O, **Bhattacharya J**, Wise P, "The Association Between Insurance Status and Emergency Department Disposition of Injured California Children" *Academic Emergency Medicine* (2012) 19: 541–551.

57. **Bhattacharya J** and Vogt WB, "Do Instrumental Variables Belong in Propensity Scores?" *International Journal of Statistics & Economics* 9(A12) (2012)

58. Goldhaber-Fiebert JD, Rubinfeld RE, **Bhattacharya J**, Robinson TN, Wise PH, "The Utility of Childhood and Adolescent Obesity Assessment in Relation to Adult Health" *Medical Decision Making* (2012) 33(2):163-75.

59. Bendavid E, Holmes CB, **Bhattacharya J**, Miller G, "HIV Development Assistance and Adult Mortality in Africa" *JAMA* 2012;307(19):2060-2067.

60. Perlroth DJ, **Bhattacharya J**, Goldman DP, Garber AM," An economic analysis of conservative management versus active treatment for men with localized prostate cancer," *J Natl Cancer Inst Monogr.* 2012(45):250-7.

61. **Bhattacharya J**, Gathmann C, Miller NG, "The Gorbachev Anti-Alcohol Campaign and Russia's Mortality Crisis," *American Economic Journals: Applied Economics* (2013) 5(2):232-60.

62. Erickson K, Tan K, Winkelmayer W, Chertow G, **Bhattacharya J**, "Variation in Nephrologist Visits to Patients on Hemodialysis across Dialysis Facilities and Geographic Locations." *Clinical Journal of the American Society of Nephrology* (2013): 987-994 doi:10.2215/CJN.10171012

63. Bundorf K, Mata R, Schoenbaum M, **Bhattacharya J**, "Are Prescription Drug Insurance Choices Consistent with Expected Utility Theory?" *Health Psychology* (2013) *32*(9), 986.

64. Basu S, Seligman H, **Bhattacharya J,** "Nutritional policy changes in the Supplemental Nutrition Assistance Program: A microsimulation and cost-effectiveness analysis" *Medical Decision Making* (2013) *33*(7), 937-948.

65. Wang NE, Saynina O, Vogel LD, Newgard CD, **Bhattacharya J**, Phibbs CS. The effect of trauma center care on pediatric injury mortality in California, 1999 to 2011. *J Trauma Acute Care Surg*. 2013 Oct;75(4):704-16. doi: 10.1097/TA.0b013e31829a0a65. PMID: 24064887; PMCID: PMC4306425.

66. Nguyen C, Hernandez-Boussard T., Davies SM, **Bhattacharya J**, Khosla RM, Curtin CM, "Cleft Palate Surgery: An Evaluation of Length of Stay, Complications, and Costs by Hospital Type," *The Cleft Palate-Craniofacial Journal*. (2013)

67. Austin D, Luan A, Wang L, **Bhattacharya J,** "Small Increases to Employer Premiums Could Shift Millions of People to the Exchanges and Add Billions of Dollars to Federal Outlays" *Health Affairs* 32.9 (2013): 1531-1537.

68. Bendavid E and **Bhattacharya J**, "The Relationship of Health Aid to Population Health Improvements" *JAMA Internal Medicine* Jun;174(6):881-7. doi: 10.1001/jamainternmed.2014.292. (2014) PMID: 24756557

69. Erickson K, Winkelmayer W, Chertow G, **Bhattacharya J** "Physician Visits and 30-day Hospital Readmissions in Patients Receiving Hemodialysis." *Journal of the American Society of Nephrology* Sep;25(9):2079-87. doi: 10.1681/ASN.2013080879  (2014) PMID: 2481216.

70. Patel RB, Mathur MB, Gould M, Uyeki TM, **Bhattacharya J**, Xiao Y, Khazeni N "Demographic and Clinical Predictors of Mortality from Highly Pathogenic Avian Influenza A (H5N1) Virus Infection: CART Analysis of International Cases." PLoS One Mar 25;9(3):e91630. doi: 10.1371/journal.pone.0091630. eCollection 2014. PMID: 24667532 (2014).

71. Basu S, Seligman H, Gardner C, and **Bhattacharya J**, "Ending SNAP subsidies for sugar-sweetened beverages could reduce obesity and type 2 diabetes" *Health Affairs* Jun;33(6):1032-9. doi: 10.1377/hlthaff.2013.1246 (2014) PMID: 24889953

72. Jena AB, Schoemaker L, and **Bhattacharya J**, "Exposing Physicians to Reduced Residency Work Hours Did Not Adversely Affect Patient Outcomes After Residency" *Health Affairs* 33:1832-1840 (2014)

73. Mathur MB, Patel RB, Gould M, Uyeki TM, **Bhattacharya J**, Xiao Y, Gillaspie Y, Khazeni N, "Global Seasonal Patterns in Human HPAI H5N1 Infection: Analysis of International Cases" *PLoS ONE* Sep 12;9(9):e106171. doi: 10.1371/journal.pone.0106171. eCollection 2014. PMID: 25215608 (2014)

74. **Bhattacharya J**, Vogt WB. "Employment and Adverse Selection in Health Insurance." *Forum for Health Economics and Policy* 17(1):79-104. DOI: 10.1515/fhep-2013-0017 (2014)

75. Erickson KF, Winkelmayer WC, Chertow GM, and **Bhattacharya J**. "Medicare Reimbursement Reform for Provider Visits and Health Outcomes in Patients on Hemodialysis." *Forum for Health Economics and Policy* 17(1):53-77 (2014)

76. Park MD, **Bhattacharya J**, Park KT. "Differences in healthcare expenditures for inflammatory bowel disease by insurance status, income, and clinical care setting." PeerJ. Sep 23;2:e587. doi: 10.7717/peerj.587 PMID: 25279267 (2014)

77. Erickson KF, Mell MW, Winkelmayer WC, Chertow GM, and **Bhattacharya J** "Provider Visit Frequency and Vascular Access Interventions in Hemodialysis" *Clinical Journal of the American Society of Nephrology* (2015) 10(2):269-77. doi: 10.2215/CJN.05540614. PMID: 25587105

78. Chicklis C, MaCurdy T, **Bhattacharya J**, Shafrin J, Zaidi S, and Rogers D "Regional Growth in Medicare Spending, 1992-2010." *Health Services Research* (2015) 50(5):1574-88. doi: 10.1111/1475-6773.12287 PMID: 25676603

79. Romley JA, Axeen S, Lakdawalla DN, Chernew ME, **Bhattacharya J**, and Goldman DP. "The Relationship between Commercial Health Care Prices and Medicare Spending and Utilization." Health Services Research (2015) 50(3):883-96. doi: 10.1111/1475-6773.12262. PMID: 25429755

80. Gidwani R and **Bhattacharya J** "CMS Reimbursement Reform and the Incidence of Hospital-Acquired Pulmonary Embolism or Deep Vein Thrombosis." *Journal of General Internal Medicine* 30(5):588-596 (2015)

81. Erickson KF, Mell MW, Winkelmayer WC, Chertow GM, and **Bhattacharya J** "Provider Visits and Early Vascular Access Placement in Maintenance Hemodialysis." *Journal of the American Society of Nephrology* 26(8):1990-7 doi:10.1681/ASN.2014050464 (2015)  PMID: 25452668

82. Goldhaber-Fiebert JD, Studdert DM, Farid MS, **Bhattacharya J** "Will Divestment from Employment-Based Health Insurance Save Employers Money? The Case of State and Local Governments." *Journal of Empirical Legal Studies* 12(3): 343-394 (2015) DOI: 10.1111/jels.12076

83. Alsan M, Schoemaker L, Eggleston K, Kammili N, Kolli P, **Bhattacharya J**. "Out-of-pocket health expenditures and antimicrobial resistance in low- and middle-income countries" *Lancet Infectious Disease* (2015) 15(10):1203-1210

84. Wang L, Haberland C, Thurm C, **Bhattacharya J**, Park KT. "Health Outcomes in US Children with Abdominal Pain at Major Emergency Departments Associated with Race and Socioeconomic Status" *PLoS One* 10(8): e0132758 DOI: 10.1371/journal.pone.0132758 (2015)

85. Patel MI, **Bhattacharya J**, Asch SM, Kahn J "Acceptance of Advance Directives and Palliative Care Referral for Veterans with Advanced Cancer: A Retrospective Analysis." *The American Journal of Hospice & Palliative Care* DOI:10.1177/1049909115595216 (2015).

86. Jena AB, Schoemaker L, **Bhattacharya J**, Seabury SA  (2015) Physician spending and subsequent risk of malpractice claims: observational study. *BMJ* 2015;351:h5516 doi: 10.1136/bmj.h5516.  PMID: 26538498  See also: Jena AB, Schoemaker L, Bhattacharya J, Seabury SA. "Authors' reply to Barbieri and Kovarik, Mariani, and Waxman and Kanzaria." *BMJ*. 2015 351:h6774. doi: 10.1136/bmj.h6774 (2015). PMID: 26668033

87. Richman I, Asch SM, **Bhattacharya J**, Owens DK. "Colorectal Cancer Screening in the Era of the Affordable Care Act" *Journal of General Internal Medicine* (2016) 31(3):315-20. doi: 10.1007/s11606-015-3504-2.  PMID: 26349953

88. Mooney JJ, **Bhattacharya J**, and Dhillon GS Effect of Transplant Center Volume on Cost and Readmissions in Medicare Lung Transplant Recipients, *Annals of the*

*American Thoracic Society* 13(7):1034-41. doi: 10.1513/AnnalsATS.201601-017OC (2016). PMID: 27064753

89. Hurley MP, Schoemaker L, Morton JM, Wren SM, Vogt WB, Watanabe S, Yoshikawa A, **Bhattacharya J**.  "Geographic variation in surgical outcomes and cost between the United States and Japan." *Am J Manag Care*. 22(9):600-7 (2016) PMID: 27662222

90. Erickson KF, Winkelmayer WC, Chertow GM, **Bhattacharya J**. "Hemodialysis Hospitalizations and Readmissions: The Effects of Payment Reform."  *Am J Kidney Dis.* 2016 Nov 14. pii: S0272-6386(16)30524-8. doi: 10.1053/j.ajkd.2016.08.033. (2016) PMID: 27856087

91. Richman I, Asch SM, Bendavid E, **Bhattacharya J**, Owens DK.  "Breast Density Notification Legislation and Breast Cancer Stage at Diagnosis: Early Evidence from the SEER Registry." *J Gen Intern Med*. 32(6):603-609 (2017) doi: 10.1007/s11606-016-3904-y. PMID: 27844260

92. Erickson KF, Zheng Y, Winkelmayer WC, Ho V, **Bhattacharya J**, Chertow GM. "Consolidation in the Dialysis Industry, Patient Choice, and Local Market Competition."*Clin J Am Soc Nephrol.* 12(3):536-545 (2017) doi: 10.2215/CJN.06340616 PMID: 27831510

93. Erickson KF, Winkelmayer WC, Chertow GM, **Bhattacharya J**.  "Effects of physician payment reform on provision of home dialysis." *Am J Manag Care* 22(6):e215-23. (2016) PMID: 27355909

94. Eneriz-Wiemer M, Saynina O, Sundaram V, Lee HC, **Bhattacharya J**, Sanders LM. "Parent Language: A Predictor for Neurodevelopmental Follow-up Care Among Infants With Very Low Birth Weight." *Acad Pediatr*. 16(7):645-52. doi: 10.1016/j.acap.2016.04.004. (2016) PMID: 27130810

95. Chen B, Jalal H, Hashimoto H, Suen SC**,** Eggleston K, Hurley M, Schoemaker L, and **Bhattacharya J**. "Forecasting Trends in Disability in a Super-Aging Society: Adapting the Future Elderly Model to Japan," *Journal of the Economics of Ageing* 8 (2016): 42-51.

96. Liu VX, Fielding-Singh V, Greene JD, Baker JM, Iwashyna TJ, **Bhattacharya J**, Escobar GJ. "The Timing of Early Antibiotics and Hospital Mortality in Sepsis" *Am J Respir Crit Care Med*. (2017) 196(7):856-863. doi: 10.1164/rccm.201609-1848OC PMID: 28345952

97. Shaw JG, Farid M, Noel-Miller C, Joseph N, Houser A, Asch SA, **Bhattacharya J**, Flowers L. "Social Isolation and Medicare Spending: Among Older Adults, Objective Social Isolation Increases Expenditures while Loneliness Does Not" *J of Aging and Health* 29(7):1119-1143 (2017)

98. Tran EMT, **Bhattacharya J**, Pershing S. "Self-Reported Receipt of Dilated Fundus Examinations Among Patients with Diabetes: Medical Expenditure Panel Survey, 2002-2013" *American Journal of Ophthalmology* 179:18-24 (2017)  doi: 10.1016/j.ajo.2017.04.009 PMID: 28455116

99. Lin E, Cheng XS, Chin KK, Zubair T, Chertow GM, Bendavid E, Bhattacharya J. "Home Dialysis in the Prospective Payment System Era" J Am Soc Nephrol 28(10):2993-3004. doi: 10.1681/ASN.2017010041. Epub 2017 May 10. (2017) PMID: 28490435

100.     Hakim I, Hathi S, Nair A, Narula T, **Bhattacharya J**. "Electronic health records and the frequency of diagnostic test orders" *Am J Manag Care*. 23(1):e16-e23. (2017) PMID: 28141935

101.   Pollom EL, Wang G, Harris JP, Koong AC, Bendavid E, **Bhattacharya J**, Chang DT. "The Impact of Intensity Modulated Radiation Therapy on Hospitalization Outcomes in the SEER-Medicare Population With Anal Squamous Cell Carcinoma" *Int J Radiat Oncol Biol Phys.* 98(1):177-185. doi: 10.1016/j.ijrobp.2017.01.006. PMID: 28258896 (2017)

102.   Kwong JZ, Weng Y, Finnegan M, Schaffer R, Remington A, Curtin C, McDonald KM, **Bhattacharya J**, Hernandez-Boussard T. "Effect of Medicare's Nonpayment Policy on Surgical Site Infections Following Orthopedic Procedures" *Infect Control Hosp Epidemiol.* 38(7):817-822 doi: 10.1017/ice.2017.86.  (2017) PMID: 28487001

103.   Chen SP, **Bhattacharya J**, Pershing S. "Vision Loss and Cognition in the US Population of Older Adults, *JAMA Ophthalmology* 135(9):963-970 (2017) DOI: 10.1001/jamaophthalmol.2017.2838 PMID: 28817745 PMCID: PMC5710542

104.   Lin E, MaCurdy M, **Bhattacharya J** "MACRA and its Implications for Nephrology" *Journal of American Society of Nephrology* (2017) 28(9):2590-2596. doi: 10.1681/ASN.2017040407

105.   Sandhu AT, Heidenreich PA, **Bhattacharya J**, and Bundorf MK "Cardiovascular Testing and Clinical Outcomes in Emergency Department Patients with Chest Pain" *JAMA Internal Medicine* (2017) 177(8):1175-1182 PMID: 28654959 PMCID: PMC5710427 doi:10.1001/jamainternmed.2017.2432

106.   Mooney JJ, Hedlin H, Mohabir P, **Bhattacharya J**, & Dhillon GS. "Racial and ethnic disparities in lung transplant listing and waitlist outcomes." *The Journal of Heart and Lung Transplantation*, *37*(3), 394–400. doi:10.1016/j.healun.2017.09.017 (2017)

107.   Packalen M and **Bhattacharya J** (2017) "Neophilia Ranking of Scientific Journals" *Scientometrics* 110(1):43-64 PMID: 28713181 PMCID: PMC5506293 doi: 10.1007/s11192-016-2157-1

108.   Garber AM, Azad TD, Dixit A, Farid M, Sung E, Vail D, **Bhattacharya J** "Medicare savings from conservative management of low back pain" *American Journal of Managed Care* 24(10):e332-e337. (2018)

109.   Patel MI, Sundaram V, Desai M, Periyakoil VS, Kahn JS, **Bhattacharya J**, Asch SM, Milstein A, and Bundorf MK. "Effect of a Lay Health Worker Intervention on Goals-of-Care Documentation and on Health Care Use, Costs, and Satisfaction Among Patients with Cancer: A Randomized Clinical Trial." *JAMA Oncol.* 4(10):1359-1366. doi: 10.1001/jamaoncol.2018.2446. (2018)

110.   Erickson KF, Winkelmayer WC, Ho V, **Bhattacharya J**, Chertow GM "Market Competition and Health Outcomes in Hemodialysis" *Health Services Research* 53(5):3680-3703. doi: 10.1111/1475-6773.12835. Epub 2018 Feb 22. (2018)

111.   Yu JX, Oliver M, Lin J, Chang M, Limketkai BN, Soetikno R, **Bhattacharya J**, Kaltenbach T. Patients Prescribed Direct-Acting Oral Anticoagulants Have Low Risk of Postpolypectomy Complications. *Clinical Gastroenterology and*

*Hepatology*. https://doi.org/10.1016/J.CGH.2018.11.051 17(10) 2000-2007.e3 (2018) PMID: 30503964.  PMCID: PMC6541555

112. Patel CJ, **Bhattacharya J**, Ioannidis J, & Bendavid E. "Systematic identification of correlates of HIV infection." *AIDS*, *32*(7):933-943. (2018)

113. McKenzie RB, Sanders L, Bhattacharya J, Bundorf MK  "Health Care System Factors Associated with Transition Preparation in Youth with Special Health Care Needs" Population Health Management 22(1):63-73. doi: 10.1089/pop.2018.0027. Epub 2018 Jun 29  (2019)

114. Erickson KF, Winkelmayer WC, Ho V, Bhattacharya J, Chertow GM "Market Consolidation and Mortality in Patients Initiating Hemodialysis" *Value in Health.* 22(1):69-76. doi: 10.1016/j.jval.2018.06.008. Epub 2018 Jul 27. (2019)

115. Curto V, Einav L, Finkelstein A, Levin J, & **Bhattacharya J**. "Health Care Spending and Utilization in Public and Private Medicare." *American Economic Journal: Applied Economics*, 11(2), 302–332. https://doi.org/10.1257/app.20170295 (2019)

116. Mooney JJ, **Bhattacharya J**, and Dhillon GS "Effect of Broader Geographic Sharing of Donor Lungs on Lung Transplant Waitlist Outcomes" *Journal of Heart and Lung Transplantation* 38(2):136-144. doi: 10.1016/j.healun.2018.09.007. Epub 2018 Sep 14.  (2019)

117. Azad, T., Vail, D., Bentley, J., Han, S., Suarez, P., Varshneya, K., Mittal V, Desai M, **Bhattacharya J**, and Ratliff, J. "Initial Provider Specialty is Associated with Long-term Opiate Use in Patients with Newly Diagnosed Low Back and Lower Extremity Pain." Spine 44(3):211-218. doi: 10.1097/BRS.0000000000002840. (2019)

118. Patel MI, Moore D, **Bhattacharya J**, Milstein A, & Coker TR "Perspectives of Health Care Payer Organizations on Cancer Care Delivery Redesign: A National Study" *Journal of Oncology Practice* 15:1, e46-e55 (2019)

119. Lin E, **Bhattacharya J**, & Chertow GM "Prior Hospitalization Burden and the Relatedness of 30-Day Readmissions in Patients Receiving Hemodialysis." *Journal of the American Society of Nephrology*, *30*(2), 323–335. https://doi.org/10.1681/asn.2018080858 (2019)

120. Packalen M, & **Bhattacharya J**. "Age and the Trying Out of New Ideas." *Journal of Human Capital*, 13(2), 341–373. https://doi.org/10.1086/703160 (2019)

121. Patel MI, Ramirez D, Agajanian R, Agajanian H, **Bhattacharya J**, & Bundorf KM "Lay Health Worker-Led Cancer Symptom Screening Intervention and the Effect on Patient-Reported Satisfaction, Health Status, Health Care Use, and Total Costs: Results From a Tri-Part Collaboration." *Journal of Oncology Practice*, https://doi.org/10.1200/JOP.19.00152 (2019)

122. Sandhu AT, Kohsaka S, **Bhattacharya J**, Fearon WF, Harrington RA, & Heidenreich PA. "Association Between Current and Future Annual Hospital Percutaneous Coronary Intervention Mortality Rates." *JAMA Cardiology*, 1–8. https://doi.org/10.1001/jamacardio.2019.3221 (2019)

123. Patel M, Andrea N, **Bhattacharya J**, & Coker TR. "A Community-Partnered, Evidence-Based Approach to Improving Cancer Care Delivery for Low-Income

and Minority Patients with Cancer." *Journal of Community Health*, 44(5), 912–920. https://doi.org/10.1007/s10900-019-00632-x (2019)

124. Hamad R, Templeton ZS, Schoemaker L, Zhao M, & **Bhattacharya J**. "Comparing Demographic and Health Characteristics of New and Existing SNAP Recipients: Application of A Machine Learning Algorithm." *The American Journal of Clinical Nutrition*, 109(4), 1164–1172. https://doi.org/10.1093/ajcn/nqy355 (2019)

125. Erickson KF, Zhao B, Niu J, Winkelmayer WC, **Bhattacharya J**, Chertow GM, & Ho V. "Association of Hospitalization and Mortality Among Patients Initiating Dialysis with Hemodialysis Facility Ownership and Acquisitions." *JAMA Network Open*, 2(5), e193987. https://doi.org/10.1001/jamanetworkopen.2019.3987 (2019)

126. Jena AB, Farid M, Blumenthal D, & **Bhattacharya J**. "Association of Residency Work Hour Reform with Long Term Quality and Costs of Care of US Physicians: Observational Study." *BMJ*, 366, l4134. https://doi.org/10.1136/bmj.l4134 (2019).

127. Hamad R, Nguyen TT, **Bhattacharya J**, Glymour MM, & Rehkopf DH. "Educational Attainment and Cardiovascular Disease in The United States: A Quasi-Experimental Instrumental Variables Analysis." *PLoS Medicine*, 16(6), e1002834. https://doi.org/10.1371/journal.pmed.1002834 (2019)

128. Yu JX, Lin JL, Oliver M, Soetikno R, Chang MS, Kwong AJ, Limketkai BN, **Bhattacharya J**, Kaltenbach T. Trends in EMR for Nonmalignant Colorectal Polyps in The United States. *Gastrointestinal Endoscopy*. https://doi.org/10.1016/j.gie.2019.08.004 (2019)

129. Kim D, Chen C, Tysinger B, Park S, Chong MZ, Wang L, Zhao M, Yean JM, Koh WP, Yoong J, **Bhattacharya J**, & Eggleston K. Smoking, life expectancy, and chronic disease in South Korea, Singapore, and the United States: A microsimulation model [published online ahead of print, 2019 Dec 4]. Health Econ. 2019;10.1002/hec.3978. doi:10.1002/hec.3978

130. Ryckman T, Robinson M, Pedersen C, **Bhattacharya J**, Bendavid E. Impact of Feed the Future initiative on nutrition in children aged less than 5 years in sub-Saharan Africa: difference-in-differences analysis. *BMJ*.;367:l6540. Published 2019 Dec 11. doi:10.1136/bmj.l6540 (2019) PMID: 31802569 PMCID: PMC7269831

131. Pan CK, Vail D, **Bhattacharya J**, Cao M, Mruthyunjaya P. (2020) The Effect of Obstructive Sleep Apnea on Absolute Risk of Central Serous Chorioretinopathy. Am J Ophthalmol. 2020 Oct;218:148-155 PMID 32574769

132. Erickson KF, Shen JI, Zhao B, Winkelmayer WC, Chertow GM, Ho V, & **Bhattacharya J**. Safety-Net Care for Maintenance Dialysis in the United States. *J Am Soc Nephrol*. 31(2):424-433. doi:10.1681/ASN.2019040417 (2020) PMID: 31857351 PMCID: PMC7003304

133. Bonde AN, Martinussen T, Lee CJ, Lip GYH, Staerk L, Bang CN, **Bhattacharya J**, Gislason G, Torp-Pedersen C, Olesen JB, Hlatky MA. Rivaroxaban Versus Apixaban for Stroke Prevention in Atrial Fibrillation: An Instrumental Variable Analysis of a Nationwide Cohort. Circ Cardiovasc Qual

Outcomes.13(4):e006058. doi:10.1161/CIRCOUTCOMES.119.006058 (2020)
PMID: 32283966

134.  Sood N, Simon P, Ebner P, Eichner D, Reynolds J, Bendavid E, & **Bhattacharya J**
Seroprevalence of SARS-CoV-2-Specific Antibodies Among Adults in Los
Angeles County, California, on April 10-11, 2020 [published online ahead of
print, 2020 May 18]. *JAMA*.;e208279. doi:10.1001/jama.2020.8279 (2020)
PMID: 32421144 PMCID: PMC7235907

135.  Packalen M, **Bhattacharya J**. NIH funding and the pursuit of edge science. Proc
Natl Acad Sci U S A. 117(22):12011-12016. doi:10.1073/pnas.1910160117
(2020)

136.  Alobuia WM, Dalva-Baird NP, Forrester JD, Bendavid E, **Bhattacharya J**,
Kebebew E. Racial disparities in knowledge, attitudes and practices related to
COVID-19 in the USA [published online ahead of print, 2020 Jun 3]. J Public
Health (Oxf). 2020;fdaa069. doi:10.1093/pubmed/fdaa069

137.  Shin SH, Lillard DR, **Bhattacharya J**. Understanding the correlation between
Alzheimer's Disease polygenic risk, wealth, and the composition of wealth
holdings. *Biodemography and Social Biology* (2020) Oct 28;268:113473. doi:
10.1016/j.socscimed.2020.113473

138.  Curto V, Einav L, Levin J, and **Bhattacharya J**. Can Health Insurance
Competition Work? Evidence from Medicare Advantage. *Journal of Political
Economy* (2021) 129(2): 570-606.

139.  Sandhu AT, **Bhattacharya J**, Lam J, Bounds S, Luo B, Moran D, Uwilingiyimana
AS, Fenson D, Choradia N, Do R, Feinberg L, MaCurdy T, Nagavarapu S.
Adjustment for Social Risk Factors Does Not Meaningfully Affect Performance
On Medicare's MIPS Clinician Cost Measures. *Health Aff* (Millwood). 2020
Sep;39(9):1495-1503. doi: 10.1377/hlthaff.2020.00440. PMID: 32897780.

140.  Kasajima M, Hashimoto H, Suen SC, Chen B, Jalal H, Eggleston K, **Bhattacharya
J**. Future projection of the health and functional status of older people in
Japan: A multistate transition microsimulation model with repeated cross-
sectional data. *Health Econ*. 2020 Jul 14. doi: 10.1002/hec.3986. Epub ahead of
print. PMID: 32662080.

141.  Lin E, Chertow GM, **Bhattacharya J**, Lakdawalla D. Early Delays in Insurance
Coverage and Long-term Use of Home-based Peritoneal Dialysis. Med Care.
2020 Jul;58(7):632-642. doi: 10.1097/MLR.0000000000001350. PMID:
32520837; PMCID: PMC7295012.

142.  Peirlinck M, Linka K, Costabal FS, **Bhattacharya J**, Bendavid E, Ioannidis J, Kuhl
E (2020), "Visualizing the Invisible: The Effect of Asymptotic Transmission on
the Outbreak Dynamics of COVID-19" *Computer Methods in Applied Mechanics
and Engineering.* 372: 1 Dec. 2020, 113410.
https://doi.org/10.1016/j.cma.2020.113410.

143.  Azad, T. D., Zhang, Y., Stienen, M. N., Vail, D., Bentley, J. P., Ho, A. L., Fatemi,
P., Herrick, D., Kim, L. H., Feng, A., Varshneya, K., Jin, M., Veeravagu, A.,
**Bhattacharya, J.,** Desai, M., Lembke, A., & Ratliff, J. K. (2020). Patterns of
Opioid and Benzodiazepine Use in Opioid-Naïve Patients with Newly

Diagnosed Low Back and Lower Extremity Pain. *Journal of General Internal Medicine*, 35(1), 291–297. https://doi.org/10.1007/s11606-019-05549-8

144. Bendavid E, Oh C, **Bhattacharya J**, Ioannidis J (2020) "Assessing Mandatory Stay-at-Home and Business Closure Effects on the Spread of COVID-19" *European Journal of Clinical Investigation*.  5 January 2021. doi:10.1111/eci.13484

145. Zhang J, Chen Y, Einav L, Levin J, **Bhattacharya J.** Consolidation of primary care physicians and its impact on healthcare utilization. *Health Econ*. 2021 Mar 25. doi: 10.1002/hec.4257. Epub ahead of print. PMID: 33764640.

146. Lin JL, Rigdon J, Van Haren K, Buu M, Saynina O, **Bhattacharya J,** Owens DK, Sanders LM. Gastrostomy Tubes Placed in Children With Neurologic Impairment: Associated Morbidity and Mortality. J Child Neurol. 2021 Mar 22:8830738211000179. doi: 10.1177/08830738211000179. Epub ahead of print. PMID: 33750232.

147. Lin E, Chertow GM, **Bhattacharya J,** Lakdawalla D. Early Delays in Insurance Coverage and Long-term Use of Home-based Peritoneal Dialysis. *Med Care.* 2020 Jul;58(7):632-642. doi: 10.1097/MLR.0000000000001350. PMID: 32520837; PMCID: PMC7295012.

148. Alsan M, Atella V, **Bhattacharya J,** Conti V, Mejia I, Miller G. (2021) Technological Progress and Health Convergence: The Case of Penicillin in Postwar Italy.  *Demography*.  (Forthcoming, August 2021).

149. Bendavid E, Mulaney B, Sood N, Shah S, Bromley-Dulfano R, Lai C, Weissberg Z, Saavedra-Walker R, Tedrow J, Bogan A, Kupiec T, Eichner D, Gupta R, Ioannidis JPA, **Bhattacharya J.** COVID-19 antibody seroprevalence in Santa Clara County, California. *Int J Epidemiol.* 2021 Feb 22:dyab010. doi: 10.1093/ije/dyab010. Epub ahead of print. PMID: 33615345; PMCID: PMC7928865.

150. Park, W. G., Sandhu, A., MaCurdy, T., Choradia, N., Schmitt, C., Koscheski, C., Lam, J., Bounds, S., Do, R., Feinberg, L., Vail, D., Nagavarapu, S., & **Bhattacharya, J.** (2021). Development of a Cost Measure for Screening/Surveillance Colonoscopy for the Merit-Based Incentive Payment System. *Gastroenterology*. https://doi.org/10.1053/j.gastro.2021.03.040

151. Sandhu, A. T., Do, R., Lam, J., Blankenship, J., Van Decker, W., Rich, J., Gonzalez, O., Wu, X., Pershing, S., Lin, E., MaCurdy, T. E., **Bhattacharya, J.**, & Nagavarapu, S. (2021). Development of the Elective Outpatient Percutaneous Coronary Intervention Episode–Based Cost Measure. *Circulation: Cardiovascular Quality and Outcomes*, 14(3), 6461. https://doi.org/10.1161/circoutcomes.119.006461

152. Duseja R, Andress J, Sandhu AT, **Bhattacharya J**, Lam J, Nagavarapu S, Nilasena D, Choradia N, Do R, Feinberg L, Bounds S, Leoung J, Luo B, Swygard A, Uwilingiyimana A, MaCurdy T. (2021) Development of Episode-Based Cost Measures for the US Medicare Merit-based Incentive Payment System. *JAMA Health Forum.* 2021;2(5):e210451. doi:10.1001/jamahealthforum.2021.0451

153. Tisdale RL, Ma I, Vail D, **Bhattacharya J**, Goldhaber-Fiebert J, Heidenreich PA, Sandhu A. (2021) Availability of Cost-effectiveness Studies for Drugs With High

Medicare Part D Expenditures. *JAMA Netw Open*. 2021;4(6):e2113969. doi:10.1001/jamanetworkopen.2021.13969

154. Dalva-Baird NP, Alobuia WM, Bendavid E, **Bhattacharya J**. Racial and ethnic inequities in the early distribution of U.S. COVID-19 testing sites and mortality. *Eur J Clin Invest*. 2021 Aug 14:e13669. doi: 10.1111/eci.13669. Epub ahead of print. PMID: 34390487.

NON-PEER-REVIEWED WORK (63 total)

1. **Bhattacharya J**, Garber AM, MaCurdy T. Cause-Specific Mortality among Medicare Enrollees. *National Bureau of Economic Research Working Paper Series*. 1996;No. 5409.

2. **Bhattacharya J,** Currie J. "Youths at Nutritional Risk : Malnourished or Misnourished?" *National Bureau of Economic Research Working Paper Series*. 2000;No. 7686(7686):483–522.

3. **Bhattacharya J,** Lakdawalla D. Does Medicare Benefit the Poor? New Answers to an Old Question. *National Bureau of Economic Research Working Paper Series*. 2002;No. 9280.

4. **Bhattacharya J.**  "Coinsurance, Cost Sharing, and the Demand Managed Behavioral Health Services" *Frontlines: Linking Alcohol Services Research & Practice*, June (2003).

5. **Bhattacharya J**, Lakdawalla D. Time-Inconsistency and Welfare. *National Bureau of Economic Research Working Paper Series*. 2004;No. 10345.

6. Sood N, Alpert A, **Bhattacharya J**. Technology, Monopoly and the Decline of the Viatical Settlements Industry. *National Bureau of Economic Research Working Paper Series*. 2005;No. 11164(March).

7. **Bhattacharya J**, Vogt WB. Employment and Adverse Selection in Health Insurance. *National Bureau of Economic Research Working Paper Series*. 2006;No. 12430(August).

8. **Bhattacharya J.** "Dollars to Doughnuts" *Hoover Digest* 3 (2007).

9. **Bhattacharya J**, Vogt WB. Do Instrumental Variables Belong in Propensity Scores? National Bureau of Economic Research, Inc, NBER Technical Working Papers: 0343; 2007;No. 343.

10. **Bhattacharya J**, Packalen M. Is Medicine an Ivory Tower? Induced Innovation, Technological Opportunity, and For-Profit vs. Non-Profit Innovation. *National Bureau of Economic Research Working Paper Series*. 2008;No. 13862.

11. Atella V, **Bhattacharya J**, Carbonari L. Pharmaceutical Industry, Drug Quality and Regulation: Evidence from US and Italy.  *National Bureau of Economic Research Working Paper Series.* 2008.

12. **Bhattacharya J**. Insuring the near-elderly: how much would Medicare save? *Ann Intern Med*. 2009 Dec 1;151(11):816-7. doi: 10.7326/0003-4819-151-11-200912010-00158. PMID: 19949148.

**JAY BHATTACHARYA, M.D., Ph.D.**                                        **September 2021**

13. Yoo B-K, Kasajima M, **Bhattacharya J**. Public Avoidance and the Epidemiology of novel H1N1 Influenza A. *National Bureau of Economic Research Working Paper Series*. 2010;15752:1–39.

14. Aranovich G, **Bhattacharya J**, Garber A, MaCurdy T, "Coping with Chronic Disease? Chronic Disease and Disability in Elderly American Population 1982-1999," NBER Working Paper *#14811* (2009)

15. Jena AB, Schoemaker L, **Bhattacharya J**, Seabury SA. "Authors' reply to Barbieri and Kovarik, Mariani, and Waxman and Kanzaria." BMJ. 351:h6774. doi: 10.1136/bmj.h6774.  (2015) PMID: 26668033

16. Gidwani R, **Bhattacharya J**. "CMS Reimbursement Reform: Authors' Reply." *J Gen Intern Med.* 2015 30(11):1588. doi: 10.1007/s11606-015-3465-5. PMID: 26179821

17. **Bhattacharya J**. "A way out of the dismal arithmetic of hepatitis C treatment." *Am J Manag Care*. (6 Spec No.):SP183-4. (2016) PMID: 27266945

18. Liu V, Fielding-Singh V, Iwashyna TJ, **Bhattacharya J**, Escobar G. "Reply to the Timing of Early Antibiotics and Hospital Mortality in Sepsis - Playing Devil's Advocate. *Am J Respir Crit Care Med*. doi: 10.1164/rccm.201704-0774LE. (2017) PMID: 28485627

19. L Flowers, A Houser, C Noel-Miller, J Shaw, **J Bhattacharya** (2017) "Medicare spends more on socially isolated older adults." *AARP Insight on the Issues* 125, 1119-1143.

20. **Bhattacharya J** and Packalen M (2020) Stagnation and Scientific Incentives. *National Bureau of Economic Research Working Paper* #26752. https://www.nber.org/papers/w26752

21. Bendavid E and **Bhattacharya J** "Is the Coronavirus as Deadly as They Say?" Wall Street Journal, March 24, 2020.

22. Bendavid, E., Mulaney, B., Sood, N., Shah, S., Ling, E., Bromley-Dulfano, R., Lai, C., Weissberg, Z., Saavedra, R., Tedrow, J., Tversky, D., Bogan, A., Kupiec, T., Eichner, D., Gupta, R., Ioannidis, J., & **Bhattacharya, J**. (2020). COVID-19 Antibody Seroprevalence in Santa Clara County, California. medRxiv, 2020.04.14.20062463. https://doi.org/10.1101/2020.04.14.20062463

23. **Bhattacharya J** and Packalen M "Lives vs. Lives: The Global Cost of Lockdown" Spectator, May 13, 2020

24. **Bhattacharya J** and Packalen M "Focused COVID-19 Restrictions Will Save Lives in Poor Countries", Financial Post, July 3, 2020.

25. **Bhattacharya J** and Agarwal S. "Lift lockdowns, protect the vulnerable, treat Covid like a health issue and not a disaster" The Print. July 24, 2020

26. Fronsdal TL, **Bhattacharya J**, Tamang S. (2020) Variation in Health Care Prices Across Public and Private Payers. *National Bureau of Economic Research Working Paper* #27490. https://www.nber.org/papers/w27490

27. **Bhattacharya J** and Kulldorff M. "The Case Against Covid Tests for the Young and Healthy" Wall Street Journal, Sept. 3, 2020

**JAY BHATTACHARYA, M.D., Ph.D.**                                    **September 2021**

28. **Bhattacharya J**, Packalen M. <u>On the Futility of Contact Tracing</u>. *Inference* 5(3) September (2020)   https://inference-review.com/article/on-the-futility-of-contact-tracing

29. **Bhattacharya J** and Packalen M. Contact Tracing is Far from Futile: A Reply. Inference 6(1) May (2021)   https://inference-review.com/letter/contact-tracing-is-far-from-futile

30. **Bhattacharya J.** A Sensible and Compassionate Anti-COVID Strategy. *Imprimis* 49(10). October 2020. https://imprimis.hillsdale.edu/sensible-compassionate-anti-covid-strategy/

31. Kulldorff M, Gupta S, and **Bhattacharya J.** Great Barrington Declaration. Oct. 4, 2020.

32. Kulldorff M, Gupta S, and **Bhattacharya J.** "Lockdowns do More Harm than Good" New York Post. October 6, 2020.

33. **Bhattacharya J.** "Ask Me Anything – Dr. Jay Bhattacharya." r/LockdownSkepticism. *Reddit*. October 17, 2020

34. **Bhattacharya J.** "It is genuinely possible to shield the vulnerable from Covid, while the rest of us go back to normal" The Telegraph. October 20, 2020

35. Kulldorff M, Gupta S, and **Bhattacharya J** "Our COVID-19 plan would minimize mortality and lockdown-induced collateral damage" USA Today, Oct. 22, 2020.

36. **Bhattacharya J** "It's Time for an Alternative to Lockdown" Spectator, Oct. 29, 2020.

37. Kulldorff M, Gupta S, and **Bhattacharya J** "We Should Focus on Protecting the Vulnerable from COVID Infection" Newsweek, Oct. 30, 2020.

38. Kulldorff M and **Bhattacharya J.** "Lockdown Isn't Working" Spectator, Nov. 2, 2020.

39. Kulldorff M, Gupta S, and **Bhattacharya J.** Focused Protection: The Middle Ground between Lockdowns and "Let it Rip". Great Barrington Declaration, Nov. 25, 2020.

40. **Bhattacharya J** and Makridis C "Facts – not fear – will stop the pandemic" The Hill, Dec. 3, 2020.

41. **Bhattacharya J** and Gupta S. "How to End the Lockdowns Next Month" Wall Street Journal, Dec. 17, 2020.

42. Agarwal S and **Bhattacharya J**. "Majority Indians have natural immunity. Vaccinating entire population can cause great harm" The Print. January 11, 2021

43. Nicholson T and **Bhattacharya J**. "Appropriate Use of PCR Needed for a Focused Response to the Pandemic" The Hill. January 29, 2021.

44. **Bhattacharya J** and Kulldorff M. "Facebook is Silencing Debate on Lockdown." Spiked Online. February 15, 2021.

45. **Bhattacharya J** and Kulldorff M. "California's Failed Response to Covid" Eureka. March 12, 2021

46. Kulldorff M and **Bhattacharya J.** "One of the Lockdowns' Greatest Casualties Could be Science." The Federalist. March 18, 2021

47. **Bhattacharya J** and Kulldorff M. "Vaccine Passports Prolong Lockdowns" Wall Street Journal. April 6, 2021.

**JAY BHATTACHARYA, M.D., Ph.D.**                                        **September 2021**

48. **Bhattacharya J.** "Masks for Children, Muzzles for Covid-19 News." Wall Street Journal. April 13, 2021.

49. **Bhattacharya J** and Kulldorff M. "Lockdown proponents can't escape the blame for the biggest public health fiasco in history" The Telegraph. April 24, 2021

50. **Bhattacharya J** and Licon JA. "The High Costs of Lockdowns: An Interview with Dr. Bhattacharya" Eudaimonia Junction. April 26, 2021.

51. **Bhattacharya J**. "Editor's Note: Public Health Loses its Innocence." Collateral Global. May 4, 2021.

52. **Bhattacharya J**. "How the West Can Help India" Spectator. May 6, 2021

53. **Bhattacharya J** and Giubilini A. "Immunity Passports: A Debate Between Jay Bhattacharya and Alberto Giubilini" Lockdown Sceptics. May 7, 2021

54. **Bhattacharya J**. "Editor's Note: Children Are A Casualty of Lockdown." *Collateral Global*. May 11, 2021.

55. Kopinska JA, Atella V, **Bhattacharya J**, Miller G (2021) The Changing Relationship between Bodyweight and Longevity in High- and Low- Income Countries. National Bureau of Economic Research Working Paper #28813. https://www.nber.org/papers/w28813

56. Toubat O, Berg AH, Sobhani K, Mulligan K, Hori AM, **Bhattacharya J**, Sood N (2021) Manufacturer Signal-to-Cutoff Threshold Underestimates Cumulative Incidence of SARS-CoV-2 Infection: Evidence from the Los Angeles Firefighters Study. *medRxiv*. **doi:** https://doi.org/10.1101/2021.04.20.21255829.

57. Bendavid E, Oh C, **Bhattacharya J**, Ioannidis JPA. Response to Letters Re: 'Assessing mandatory stay- At- Home and business closure effects on the spread of COVID- 19'. *European Journal of Clinical Investigation*. 2021 Mar:e13553. DOI: 10.1111/eci.13553.

58. **Bhattacharya J**. "What Does Lockdown and Focused Protection Mean in Nursing Homes?" Collateral Global. May 18, 2021.

59. **Bhattacharya J**. "Cancer and Lockdown" Collateral Global. May 25, 2021.

60. Kulldorff M and **Bhattacharya J** "It's mad that 'herd immunity' was ever a taboo phrase" The Telegraph, May 27, 2021

61. **Bhattacharya J**, Gupta S, Kulldorff M, "The Beauty of Vaccines and Natural Immunity" Smerconish. June 4, 2021

62. **Bhattacharya J** "Stanford professor challenges SJ Merc's "Coronavirus Lessons Learned" assertions" Opportunity Now.  June 4, 2021

63. **Bhattacharya J** "On the Catastrophic Misapplication of the Precautionary Principle" Collateral Global. June 14, 2021

64. Kulldorff M and **Bhattacharya J** "The Ill-Advised Push to Vaccinate the Young" The Hill, June 17, 2021

65. Sood N and **Bhattacharya J** "Mandatory Masking of School Children is a Bad Idea" Orange County Register, July 13, 2021.

66. Green T and Bhattacharya J "Lockdowns are Killers in the Global South" UnHerd. July 22, 2021.

67. Kulldorff M and **Bhattacharya J** "The Smear Campaign Against the Great Barrington Declaration" Spiked. Aug. 2, 2021

**JAY BHATTACHARYA, M.D., Ph.D.**                                    **September 2021**

68. **Bhattacharya J** and Boudreaux D "Eradication of COVID is a Dangerous and Expensive Fantasy" Wall Street Journal. Aug. 4, 2021

BOOKS AND REPORTS (8 total)

1. Yoshikawa A, **Bhattacharya J**, Vogt WB eds. Health Economics of Japan: Patients, Doctors, and Hospitals Under a Universal Health Insurance System, Tokyo: University of Tokyo Press, (1996).

2. Goldman DP, Hurd M, Shekelle PG, Newberry SJ, Panis CWA, Shang B, **Bhattacharya J**, Joyce GF, Lakdawalla D. Health Status and Medical Treatment of the Future Elderly: Final Report, TR-169-CMS, Santa Monica, CA: RAND (2004).

3. **Bhattacharya J**, Currie J, Haider SJ, Variyam J. Evaluating the Impact of School Nutrition Programs: Final Report. E-FAN-04-008, Washington D.C.: Economic Research Service, USDA (2004).

4. **Bhattacharya J**, Hyde T, Tu P. Health Economics, London: Palgrave-MacMillan, (2013).

5. MaCurdy T, **Bhattacharya J**, Perlroth D, Shafrin J, Au-Yeung A, Bashour H, Chicklis C, Cronen K, Lipton B, Saneinejad S, Shrestha E, Zaidi S. Geographic Variation in Spending, Utilization, and Quality: Medicare and Medicaid Beneficiaries. Acumen Report to the Institute of Medicine Committee Study of Geographic Variation in Health Care Spending and Promotion of High-Value Health Care, Washington, DC: Institute of Medicine (2013)

6. MaCurdy T, **Bhattacharya J**, Shafrin J, Chicklis C, Cronen K, Friley J, Lipton B, Rogers D, Zaidi S. IOM Study of Geographic Variation: Growth Analysis. Acumen Report to the Institute of Medicine Committee Study of Geographic Variation in Health Care Spending and Promotion of High-Value Health Care, Washington, DC: Institute of Medicine (2013)

7. **Bhattacharya J**, Chandra A, Chernew M, Goldman D, Jena A, Lakdawalla D, Malani A, Philipson T. Best of Both Worlds: Uniting Universal Coverage and Personal Choice in Health Care, American Enterprise Institute (AEI) White Paper, Washington DC: AEI Press (2013)

8. **Bhattacharya J**, Vail D, Moore D, Vogt W, Choradia N, Do R, Erickson K, Feinberg L, Isara F, Lin E, Narayanan V, Vaikath M, MaCurdy T. Medicare Current State and Future Trends Environment Scan. Center for Medicare and Medicaid Services (CMS) White Paper (2019)

BOOK CHAPTERS (15 total)

**JAY BHATTACHARYA, M.D., Ph.D.**                                         **September 2021**

1. **Bhattacharya J**, Garber AM, MaCurdy T. "Cause-Specific Mortality Among Medicare Enrollees," in Inquires in the Economics of Aging, D Wise (ed.), Chicago, IL:  University of Chicago Press. (1997).

2. MaCurdy T, Nechyba T, **Bhattacharya J**. "Ch. 2: An Economic Model of the Fiscal Impacts of Immigration," The Immigration Debate: Studies on the Economic, Demographic, and Fiscal Effects of Immigration, J Smith (ed.), National Academy of Sciences Commission on Behavioral and Social Sciences and Education: Washington D.C., (1998).

3. **Bhattacharya J**, Currie J. "Youths and Nutritional Risk: Malnourished or Misnourished?" in Risky Behavior Among Youths, J Gruber (ed.), (2001).

4. Yoshikawa A. and **Bhattacharya J**. "Japanese Health Care" in World Health Systems: Challenges and Perspectives, Bruce Fried and Laura M. Gaydos (eds.), Chicago, IL: Health Administration Press (2002).

5. **Bhattacharya J**, Cutler D, Goldman DP, Hurd MD, Joyce GF, Lakdawalla DN, Panis CWA, and Shang B, "Disability Forecasts and Future Medicare Costs" Frontiers in Health Policy Research, Vol. 6, Alan Garber and David Cutler (eds.) Boston, MA: MIT Press (2003).

6. **Bhattacharya J**, Choudhry K, and Lakdawalla D. (2007) "Chronic Disease and Trends in Severe Disability in Working Age Populations" Proceedings from the Institute of Medicine workshop, 'Disability in America: An Update,' Institute of Medicine: Washington, D.C.

7. **Bhattacharya J**, Garber AM, MaCurdy T. "Trends in Prescription Drug Use by the Disabled Elderly" in Developments in the Economics of Aging, D. Wise (ed), Chicago, IL, University of Chicago Press (2009).

8. **Bhattacharya J** and Richmond P "On Work and Health Among the American Poor" in Pathways to Self-Sufficiency: Getting Ahead in an Era Beyond Welfare Reform John Karl Scholz and Carolyn Heinrich (eds), New York, NY, Russell Sage Foundation (2009).

9. **Bhattacharya J**, Garber A, MaCurdy T "The Narrowing Dispersion of Medicare Expenditures 1997-2005" in Research Findings in the Economics of Aging, D. Wise (ed.), Chicago, IL, University of Chicago Press (2010)

10. **Bhattacharya J**, Bundorf MK, Pace N, and Sood N "Does Health Insurance Make You Fat?" in Economic Aspects of Obesity Michael Grossman and Naci Mocan (eds.), Chicago, IL, University of Chicago Press (2010)

11. **Bhattacharya J**, Garber A, Miller M, and Perlroth D "The Value of Progress against Cancer in the Elderly" Investigations in the Economics of Aging, David Wise (ed), Chicago, IL, University of Chicago Press (2012)

12. Yoshikawa A. and **Bhattacharya J**. "Japanese Health Care" in World Health Systems: Challenges and Perspectives, 2nd edition, Bruce Fried and Laura M. Gaydos (eds.), Chicago, IL: Health Administration Press (2012).

13. Hanson, J., Chandra, A., Moss, E., **Bhattacharya, J.** Wolfe, B., Pollak, S.D.. Brain Development and Poverty: Preliminary Findings. In Biological Consequences of

**JAY BHATTACHARYA, M.D., Ph.D.**                                        **September 2021**

Socioeconomic Inequalities. B. Wolfe, T. Seeman, and W. Evans (Eds). NY: Sage. (2012)

14. **Bhattacharya J** "The Diffusion of New Medical Technologies: The Case of Drug-Eluting Stents (A Discussion of Chandra, Malenka, and Skinner)" In Explorations in the Economics of Aging, David Wise (ed.), Chicago, IL, University of Chicago Press (2014).

15. MaCurdy T and **Bhattacharya J** "Challenges in Controlling Medicare Spending: Treating Highly Complex Patients" in Insights in the Economics of Aging, David Wise (ed.) Chicago, IL, University of Chicago Press (2015).


ABSTRACTS (3)

1. Su CK and **Bhattacharya J**. Longitudinal Hospitalization Costs and Outcomes in the Treatment of the Medicare Breast Cancer Patient. *International Journal of Radiation Oncology Biology Physics* (1996); 36(S1): 282. [abstract]

2. Nguyen C, Hernandez-Boussard T., Davies S, **Bhattacharya J**, Khosla R, Curtin C. *Cleft Palate Surgery: Variables of Quality and Patient Safety*. Presented at the 69th Annual American Cleft-Palate Craniofacial Association (2012). [abstract]

3. Patel MI, Ramirez D, Agajanian R, Bhattacharya J, Milstein A, Bundorf MK. "The effect of a lay health worker-led symptom assessment intervention for patients on patient-reported outcomes, healthcare use, and total costs." Journal of Clinical Oncology 36(15 Suppl):6502 [abstract]


**D. PUBLIC AND PROFESSIONAL SERVICE:**

JOURNAL EDITING
*Journal of Human Capital,* Associate Editor (2015-present)
*American Journal of Managed Care,* Guest Editor (2016)
*Journal of Human Resources,* Associate Editor (2011-13)
*Forum for Health Economics & Policy*, Editorial Board Member (2001-2012)
*Economics Bulletin*, Associate Editor (2004-2009)

SERVICE ON SCIENTIFIC REVIEW AND ADVISORY COMMITTEES (Selected)
- Standing member of the Health Services Organization and Delivery (HSOD) NIH review panel, 2012-2016
- NIH reviewer (various panels, too numerous to list) 2003-present
- NIH Review Panel Chair:  2018 (P01 review), 2020 (DP1 review).
- Invited Reviewer for the European Research Council, ERC Advanced Grant 2015 RFP
- NIH Stage 2 Challenge Grant Review Panel, July 2009
- Appointed a member of an Institute of Medicine (IOM) panel on the regulation of work hours by resident physicians, 2007-8.
- Standing member of the NIH Social Science and Population Studies Review Panel, Fall 2004-Fall 2008

**JAY BHATTACHARYA, M.D., Ph.D.**                                    **September 2021**

- Invited Reviewer for National Academy of Sciences report on Food Insecurity and Hunger, November 2005.
- Invited Reviewer for the National Academy of Sciences report on the Nutrition Data Infrastructure, December 2004
- Invited Reviewer for the National Institute on Health (NIH) Health Services Organization and Delivery Review Panel, June 2004, Alexandria, VA.
- Invited Reviewer for the Food Assistance and Nutrition Research Program US Department of Agriculture Economic Research Service Research Proposal Review Panel, June 2004, Stanford, CA.
- Invited Reviewer for the National Institute on Health (NIH) Social Science and Population Studies Review Panel, February 2004, Alexandria, VA.
- Invited Reviewer for the National Institute on Health (NIH) Social Sciences and Population Studies Review Panel, November 2003, Bethesda, MD.
- Invited Reviewer for the National Institute on Health (NIH) Social Science, Nursing, Epidemiology, and Methods (3) Review Panel, June 2003, Bethesda, MD.
- Invited Reviewer for the Food Assistance and Nutrition Research Program US Department of Agriculture Economic Research Service Research Proposal Review Panel, August 2002.
- Research Advisory Panel on Canadian Disability Measurement, Canadian Human Resources Development Applied Research Branch, June 2001 in Ottowa, Canada.
- Invited Reviewer for the National Institute of Occupational Safety and Health R18 Demonstration Project Grants Review panel in July 2000, Washington D.C.
- Research Advisory Panel on Japanese Health Policy Research.  May 1997 at the Center for Global Partnership, New York, NY.

TESTIMONY TO GOVERNMENTAL PANELS AND AGENCIES (9)
- US Senate Dec. 2020 hearing of the Subcommittee on Homeland Security and Governmental Affairs.  Testimony provided on COVID-19 mortality risk, collateral harms from lockdown policies, and the incentives of private corporations and the government to invest in research on low-cost treatments for COVID-19 disease
- "Roundtable on Safe Reopening of Florida" led by Florida Gov. Ron DeSantis. September 2020.
- "Evaluation of the Safety and Efficacy of COVID-19 Vaccine Candidates" July 2020 hearing of the House Oversight Briefing to the Economic and Consumer Policy Subcommittee.
- US Senate May 2020 virtual roundtable. Safely Restarting Youth Baseball and Softball Leagues, invited testimony
- "Population Aging and Financing Long Term Care in Japan" March 2013 seminar at the Japanese Ministry of Health.
- "Implementing the ACA in California" March 2011 testimony to California Legislature Select Committee on Health Care Costs.
- "Designing an Optimal Data Infrastructure for Nutrition Research" June 2004 testimony to the National Academy of Sciences commission on "Enhancing the Data Infrastructure

**JAY BHATTACHARYA, M.D., Ph.D.**                                    **September 2021**

in Support of Food and Nutrition Programs, Research, and Decision Making," Washington D.C.
- "Measuring the Effect of Overtime Reform" October 1998 testimony to the California Assembly Select Committee on the Middle Class, Los Angeles, CA.
- "Switching to Weekly Overtime in California."  April 1997 testimony to the California Industrial Welfare Commission, Los Angeles, CA.

REFEREE FOR RESEARCH JOURNALS
American Economic Review; American Journal of Health Promotion; American Journal of Managed Care; Education Next; Health Economics Letters; Health Services Research; Health Services and Outcomes Research Methodology; Industrial and Labor Relations Review; Journal of Agricultural Economics; Journal of the American Medical Association; Journal of Health Economics; Journal of Health Policy, Politics, and Law; Journal of Human Resources; Journal of Political Economy; Labour Economics; Medical Care; Medical Decision Making; Review of Economics and Statistics; Scandinavian Journal of Economics; Social Science and Medicine; Forum for Health Economics and Policy; Pediatrics; British Medical Journal

| Trainee | Current Position |
|---|---|
| Peter Groeneveld, MD, MS | Associate Professor of Medicine, University of Pennsylvania |
| Jessica Haberer, MD, MS | Assistant Professor of Medicine, Harvard Medical School |
| Melinda Henne, MD, MS | Director of Health Services Research, Bethesda Naval Hospital |
| Byung-Kwang Yoo, MD, PhD | Associate Professor, Public Health, UC Davis |
| Hau Liu, MD, MS, MBA | Chief Medical Officer at Shanghai United Family Hospital |
| Eran Bendavid, MD, MS | Assistant Professor, General Medicine Disciplines, Stanford University |
| Kaleb Michaud, MS, PhD | Associate Professor of Medicine, Rheumatology and Immunology, University of Nebraska Medical Center |
| Kanaka Shetty, MD | Natural Scientist, RAND Corporation |
| Christine Pal Chee, PhD | Associate Director of the Health Economics Resource Center, Palo Alto VA |
| Matthew Miller, MD | VP Clinical Strategy and Head of Innovation, Landmark Health |
| Vincent Liu, MD | Research Scientist, Kaiser Permanente Northern California Division of Research |
| Daniella Perlroth, MD | Chief Data Scientist, Lyra Health |
| Crystal Smith-Spangler, MD | Internist, Palo Alto Medical Foundation |
| Barrett Levesque, MD MS | Assistant Professor of Clinical Medicine, UC San Diego Health System |
| Torrey Simons, MD | Clinical Instructor, Department of Medicine, Stanford University |
| Nayer Khazeni, MD | Assistant Professor of Medicine (Pulmonary and Critical Care Medicine), Stanford University |
| Monica Bhargava, MD MS | Assistant Clinical Professor, UCSF School of Medicineilan |
| Dhruv Kazi, MD | Assistant Professor, UCSF School of Medicine |
| Zach Kastenberg, MD | Resident, Department of Surgery, Stanford University |
| Kit Delgado, MD | Assistant Professor, Department of Emergency Medicine and Faculty Fellow, University of Pennsylvania |
| Suzann Pershing, MD | Chief of Ophtalmology for the VA Palo Alto Health Care System |
| KT Park, MD | Assistant Professor, Department of Medicine, Stanford University |
| Jeremy Goldhaber-Fiebert, PhD | Associate Professor, Department of Medicine, Stanford University |
| Sanjay Basu, MD | Assistant Professor, Department of Medicine, Stanford University |
| Marcella Alsan, MD, PhD | Assistant Professor, Department of Medicine (CHP/PCOR), Stanford Univ. |
| David Chan, MD, PhD | Assistant Professor, Department of Medicine (CHP/PCOR), Stanford Univ. |
| Karen Eggleston, PhD | Senior Fellow, Freeman Spogli Institute, Stanford University |
| Kevin Erickson, MD | Assistant Professor, Department of Nephrology, Baylor College of Medicine |
| Ilana Richman, MD | VA Fellow at CHP/PCOR, Stanford University |

**JAY BHATTACHARYA, M.D., Ph.D.**                                         September 2021

| | |
|---|---|
| Alexander Sandhu, MD | VA Fellow at CHP/PCOR, Stanford University |
| Michael Hurley | Medical Student, Stanford University |
| Manali Patel, MD | Instructor, Department of Medicine (Oncology), Stanford University |
| Dan Austin, MD | Resident Physician, Department of Anesthesia, UCSF School of Medicine |
| Anna Luan, MD | Resident Physician, Department of Medicine, Stanford University |
| Louse Wang | Medical Student, Stanford University |
| Christine Nguyen, MD | Resident Physician, Department of Medicine, Harvard Medical School |
| Josh Mooney, MD | Instructor, Department of Medicine (Pulmonary and Critical Care Medicine), Stanford University |
| Eugene Lin, MD | Fellow, Department of Medicine (Nephrology), Stanford University |
| Eric Sun, MD | Assistant Professor, Department of Anesthesia, Stanford University |
| Sejal Hathi | Medical Student, Stanford University |
| Ibrahim Hakim | Medical Student, Stanford University |
| Archana Nair | Medical Student, Stanford University |
| Trishna Narula | Medical Student, Stanford University |
| Daniel Vail | Medical Student, Stanford University |
| Tej Azad | Medical Student, Stanford University |
| Jessica Yu, MD | Fellow, Department of Medicine (Gastroenterology), Stanford University |
| Daniel Vail | Medical Student, Stanford University |
| Alex Sandhu, MD | Fellow, Department of Medicine (Cardiology), Stanford University |
| Matthew Muffly, MD | Clinical Assistant Professor, Dept. of Anesthesia, Stanford University |

**Dissertation Committee Memberships**

| | | | |
|---|---|---|---|
| Ron Borzekowski | Ph.D. in Economics | Stanford University | 2002 |
| Jason Brown | Ph.D. in Economics | Stanford University | 2002 |
| Dana Rapaport | Ph.D. in Economics | Stanford University | 2003 |
| Ed Johnson | Ph.D. in Economics | Stanford University | 2003 |
| Joanna Campbell | Ph.D. in Economics | Stanford University | 2003 |
| Neeraj Sood[*] | Ph.D in Public Policy | RAND Graduate School | 2003 |
| James Pearce | Ph.D. in Economics | Stanford University | 2004 |
| Mikko Packalen | Ph.D. in Economics | Stanford University | 2005 |
| Kaleb Michaud[*] | Ph.D. in Physics | Stanford University | 2006 |
| Kyna Fong | Ph.D. in Economics | Stanford University | 2007 |
| Natalie Chun | Ph.D. in Economics | Stanford University | 2008 |
| Sriniketh Nagavarapu | Ph.D in Economics | Stanford University | 2008 |
| Sean Young | Ph.D. in Psychology | Stanford University | 2008 |
| Andrew Jaciw | Ph.D. in Education | Stanford University | 2010 |
| Chirag Patel | Ph.D. in Bioinformatics | Stanford University | 2010 |
| Raphael Godefroy | Ph.D. in Economics | Stanford University | 2010 |
| Neal Mahoney | Ph.D. in Economics | Stanford University | 2011 |
| Alex Wong | Ph.D. in Economics | Stanford University | 2012 |
| Kelvin Tan | Ph.D. in Management Science | Stanford University | 2012 |
| Animesh Mukherjee | Masters in Liberal Arts Program | Stanford University | 2012 |
| Jeanne Hurley | Masters in Liberal Arts Program | Stanford University | 2012 |
| Patricia Foo | Ph.D. in Economics | Stanford University | 2013 |
| Michael Dworsky | Ph.D. in Economics | Stanford University | 2013 |
| Allison Holliday King | Masters in Liberal Arts Program | Stanford University | 2013 |
| Vilsa Curto | Ph.D. in Economics | Stanford University | 2015 |
| Rita Hamad | Ph.D. in Epidemiology | Stanford University | 2016 |
| Atul Gupta | Ph.D. in Economics | Stanford University | 2017 |
| Yiwei Chen | Ph.D. in Economics | Stanford University | 2019 |
| Yiqun Chen | Ph.D. in Health Policy | Stanford University | 2020 |
| Min Kim | Ph.D. in Economics | Iowa State Univ. | 2021 |
| Bryan Tysinger | Ph.D. in Public Policy | RAND Graduate School | 2021 |

**JAY BHATTACHARYA, M.D., Ph.D.**                                      **September 2021**

### E.  GRANTS AND PATENTS

<u>PATENT</u> (2)

1. "Environmental Biomarkers for the Diagnosis and Prognosis for Type 2 Diabetes Mellitus" with Atul Butte and Chirag Patel (2011), US Patent (pending).
2. "Health Cost and Flexible Spending Account Calculator" with Schoenbaum M, Spranca M, and Sood N (2008), U.S. Patent No. 7,426,474.

<u>GRANTS AND SUBCONTRACTS</u> (42)

CURRENT (6)

| | |
|---|---|
| 2019-2020 | Funder: Acumen, LLC. |
| | Title: Quality Reporting Program Support for the Long-Term Care Hospital, Inpatient Rehabilitation Facility, Skilled Nursing Facility QRPs and Nursing Home Compare |
| | Role: PI |
| 2018-2020 | Funder: Acumen, LLC. |
| | Title: Surveillance Activities of Biologics |
| | Role: PI |
| 2018-2020 | Funder: France-Stanford Center for Interdisciplinary Studies |
| | Title: A Nutritional Account of Global Trade: Determinants and Health Implications |
| | Role: PI |
| 2017-2023 | Funder: National Institutes of Health |
| | Title: The Epidemiology and Economics of Chronic Back Pain |
| | Role: Investigator (PI: Sun) |
| 2017-2021 | Funder: National Institutes of Health |
| | Title: Big Data Analysis of HIV Risk and Epidemiology in Sub-Saharan Africa |
| | Role: Investigator (PI: Bendavid) |
| 2016-2020 | Funder: Acumen, LLC. |
| | Title: MACRA Episode Groups and Resource Use Measures II |
| | Role: PI |

PREVIOUS (36)

| | |
|---|---|
| 2016-2018 | Funder: University of Kentucky |
| | Title: Food acquisition and health outcomes among new SNAP recipients since the Great Recession |
| | Role: PI |
| 2015-2019 | Funder: Alfred P. Sloan Foundation |

**JAY BHATTACHARYA, M.D., Ph.D.**                                        September 2021

|  |  |
|---|---|
| | Title: Public versus Private Provision of Health Insurance |
| | Role: PI |
| 2015-2019 | Funder: Natural Science Foundation |
| | Title: Health Insurance Competition and Healthcare Costs |
| | Role: Investigator (PI: Levin) |
| 2014-2015 | Funder: The Centers for Medicare and Medicaid Services |
| | Title: Effect of Social Isolation and Loneliness on Healthcare Utilization |
| | Role: PI |
| 2014-2015 | Funder: AARP |
| | Title: The Effect of Social Isolation and Loneliness on Healthcare Utilization and Spending among Medicare Beneficiaries |
| | Role: PI |
| 2013-2019 | Funder: National Bureau of Economic Research |
| | Title: Innovations in an Aging Society |
| | Role: PI |
| 2013-2014 | Funder: Robert Wood Johnson Foundation |
| | Title: Improving Health eating among Children through Changes in Supplemental Nutrition Assistance Program (SNAP) |
| | Role: Investigator (PI: Basu) |
| 2011-2016 | Funder: National Institutes of Health (R37) |
| | Title: Estimating the Potential Medicare Savings from Comparative Effectiveness Research |
| | Role: PI Subaward (PI: Garber) |
| 2011-2016 | Funder: National Institute of Aging (P01) |
| | Title: Improving Health and Health Care for Minority and Aging Populations |
| | Role: PI Subcontract (PI: Wise) |

**JAY BHATTACHARYA, M.D., Ph.D.**                                    **September 2021**

| | |
|---|---|
| 2010-2018 | Funder: National Institutes of Health<br>Title: Clinic, Family & Community Collaboration to Treat Overweight and Obese Children<br>Role: Investigator (PI: Robinson) |
| 2010-2014 | Funder: Agency for Health, Research and Quality (R01)<br>Title: The Effects of Private Health Insurance in Publicly Funded Programs<br>Role: Investigator (PI: Bundorf) |
| 2010-2013 | Funder: Agency for Healthcare Research and Quality<br>Title: G-code" Reimbursement and Outcomes in Hemodialysis<br>Role: Investigator (PI: Erickson) |
| 2010-2013 | Funder: University of Southern California<br>Title: The California Medicare Research and Policy Center<br>Role: PI |
| 2010-2012 | Funder: University of Georgia<br>Title: Natural Experiments and RCT Generalizability: The Woman's Health Initiative<br>Role: PI |
| 2010-2011 | Funder: National Bureau of Economic Research<br>Title: Racial Disparities in Health Care and Health Among the Elderly<br>Role: PI |
| 2009-2020 | Funder: National Institute of Aging (P30)<br>Title: Center on the Demography and Economics of Health and Aging<br>Role: PI (2011-2020) |
| 2009-2011 | Funder: Rand Corporation<br>Title: Natural Experiments and RCT Generalizability: The Woman's Health Initiative<br>Role: PI |
| 2008-2013 | Funder: American Heart Association<br>Title: AHA-PRT Outcomes Research Center<br>Role: Investigator (PI: Hlatky) |
| 2007-2009 | Funder: National Institute of Aging (R01)<br>Title: The Economics of Obesity<br>Role:  PI |
| 2007-2009 | Funder:  Veterans Administration, Health Services Research and Development Service<br>Title: Quality of Practices for Lung Cancer Diagnosis and Staging<br>Role: Investigator |
| 2007-2008 | Funder: Stanford Center for Demography and Economics of Health and Aging<br>Title: The HIV Epidemic in Africa and the Orphaned Elderly |

**JAY BHATTACHARYA, M.D., Ph.D.**                                    **September 2021**

|  |  |
|---|---|
| | Role: PI |
| 2007 | Funder: University of Southern California |
| | Title:  The Changes in Health Care Financing and Organization Initiative |
| | Role: PI |
| 2006-2010 | Funder: National Institute of Aging (K02) |
| | Title: Health Insurance Provision for Vulnerable Populations |
| | Role: PI |
| 2006-2010 | Funder: Columbia University/Yale University |
| | Title: Dummy Endogenous Variables in Threshold Crossing Models, with Applications to Health Economics |
| | Role: PI |
| 2006-2007 | Funder: Stanford Center for Demography and Economics of Health and Aging |
| | Title: Obesity, Wages, and Health Insurance |
| | Role: PI |
| 2005-2009 | Funder: National Institute of Aging (P01 Subproject) |
| | Title: Medical Care for the Disabled Elderly |
| | Role: Investigator (PI: Garber) |
| 2005-2008 | Funder: National Institute of Aging (R01) |
| | Title: Whom Does Medicare Benefit? |
| | Role: PI Subcontract (PI: Lakdawalla) |
| 2002 | Funder: Stanford Center for Demography and Economics of Health and Aging |
| | Title: Explaining Changes in Disability Prevalence Among Younger and Older American Populations |
| | Role: PI |
| 2001-2003 | Funder: Agency for Healthcare Research and Quality (R01) |
| | Title: State and Federal Policy and Outcomes for HIV+ Adults |
| | Role: PI Subcontract (PI: Goldman) |
| 2001-2002 | Funder: National Institute of Aging (R03) |
| | Title: The Economics of Viatical Settlements |
| | Role: PI |
| 2001-2002 | Funder: Robert Woods Johnson Foundation |
| | Title: The Effects of Medicare Eligibility on Participation in Social Security Disability Insurance |
| | Role: PI Subcontract (PI: Schoenbaum) |
| 2001-2002 | Funder: USDA |
| | Title: Evaluating the Impact of School Breakfast and Lunch |
| | Role: Investigator |
| 2001-2002 | Funder: Northwestern/Univ. of Chicago Joint Center on Poverty |
| | Title: The Allocation of Nutrition with Poor American Families |
| | Role: PI Subcontract          (PI: Haider) |
| 2000-2002 | Funder: National Institute on Alcohol Abuse & Alcoholism (R03) |
| | Title: The Demand for Alcohol Treatment Services |
| | Role: PI |
| 2000-2001 | Funder: USDA |
| | Title: How Should We Measure Hunger? |

**JAY BHATTACHARYA, M.D., Ph.D.**                                    **September 2021**

Role: PI Subcontract (PI: Haider)

**F.   SCHOLARSHIPS AND HONORS**

- Phi Beta Kappa Honor Society, 1988
- Distinction and Departmental Honors in Economics, Stanford University, 1990
- Michael Forman Fellowship in Economics, Stanford University, 1991-1992
- Agency for Health Care Policy and Research Fellowship 1993-1995
- Outstanding Teaching Assistant Award, Stanford University, Economics, 1994
- Center for Economic Policy Research, Olin Dissertation Fellowship, 1997-1998
- Distinguished Award for Exceptional Contributions to Education in Medicine, Stanford University, 2005, 2007, and 2013.
- Dennis Aigner Award for the best applied paper published in the *Journal of Econometrics*, 2013