## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.T AND M.T. by their parent Jeffrey N. Thomas, JEFFREY N. THOMAS as parent of L.T and M.T.; T.L., B.L., R.L., A.L. by their parent Karen LeClair; KAREN LECLAIR as parent of T.L., B.L., R.L., A.L.; J.S. by his parent Danielle Schipano; DANIELLE SCHIPANO as parent of J.S.; B.P by his parent Andrea Penamora, ANDREA PENAMORA as parent of B.P.; E.W. by her parent Joseph Whitehead; and JOSEPH WHITEHEAD as parent of E.W. | |
| Plaintiffs, | |
| vs. | Civil Action No.:  1:21-cv-1034 (LEK/DJS) |
| | **Declaration of Nicholas Kardaras** |
| HOWARD A. ZUCKER, in his official capacity and in his individual capacity, | |
| Defendant. | |

## <u>Declaration of Nicholas Kardaras</u>

Nicholas Kardaras, Ph.D., pursuant to 28 U.S.C. §1746, declares that:

1.  I am the Chief Clinical Officer of Omega Healthcare, a national mental health treatment program for young adults and have clinically worked with over 2,000 teens and young adults during the last 20 years.  I am considered one of the country's top experts on child, teen and young adult mental health.

2. I have firsthand personal knowledge of the facts set forth below and could competently testify about them if called as a witness.

3. Based on my education, training, experience, and ongoing review of the academic literature, it is my professional opinion that wearing masks is psychologically and developmentally damaging to children and teens.

<u>Professional Background</u>

4. I have a BS from Cornell University, an MSW from Stony Brook and a Ph.D. in psychology from Sofia University. I was a faculty member at Stony Brook School of Medicine for 8 years, had worked as a school social worker for 15 years, have run treatment clinics for over 10 years.   Attached hereto as **Exhibit A** is a true and accurate copy of my *Curriculum Vitae*.

5. In addition to my positions with Omega Healthcare and Stony Brook, I am also the author of "Glow Kids", the seminal book on the impacts of screen time (both in pedagogical/educational settings as well as the clinical impacts of excessive screen time in general) and which contained over 200 peer reviewed studies. I have been keynote speaker at numerous national mental health and education conferences and I have also been certified and testified as an expert witness on multiple occasions in New York State Supreme Court.

6. I've written for *TIME Magazine, Scientific American, Psychology Today, Salon, The NY Daily News, the NY Post, and FOX News*. I've appeared on ABC's 20/20, Good Morning America, the CBS Evening News, FOX & Friends, NPR, Good Day New York and in *Esquire, New York Magazine* and *Vanity Fair*.  I have also appeared in several documentaries on the subject of mental health as an expert (including "Screened Out",

A&Es "Digital Addiction" and A&E's forthcoming documentary on young adult mental health: "Youth in Crisis").

7. The research regarding the importance of facial recognition to psychological and developmental wellbeing is legion.  Below is some relevant research on the topic including the negative impact of mask wearing:

Argaud, S., Verin, M., Sauleau, P., and Grandjean, D. (2018). Facial emotion recognition in Parkinson's disease: a review and new hypotheses. *Mov. Disord.* 33, 554–567. doi: 10.1002/mds.27305

PubMed Abstract | CrossRef Full Text | Google Scholar

Barrera, M. E., and Maurer, D. (1981). The perception of facial expressions by the three-month-old. *Child Dev.* 52, 203–206. doi: 10.2307/1129231

PubMed Abstract | CrossRef Full Text | Google Scholar

Barrett, L. F., Adolphs, R., Marsella, S., Martinez, A. M., and Pollak, S. D. (2019). Emotional expressions reconsidered: challenges to inferring emotion from human facial movements. *Psychol. Sci. Public Interest* 20, 1–68. doi: 10.1177/1529100619832930

PubMed Abstract | CrossRef Full Text | Google Scholar

Batty, M., and Taylor, M. J. (2006). The development of emotional face processing during childhood. *Dev. Sci.* 9, 207–220. doi: 10.1111/j.1467-7687.2006.00480.x

PubMed Abstract | CrossRef Full Text | Google Scholar

Blair, R. (2003). Facial expressions, their communicatory functions and neuro–cognitive substrates. *Philos. Trans. R Soc. Lond. B Biol. Sci.* 358, 561–572. doi: 10.1098/rstb.2002.1220

PubMed Abstract | CrossRef Full Text | Google Scholar

Boyatzis, C. J., Chazan, E., and Ting, C. Z. (1993). Preschool children's decoding of facial emotions. *J. Genet. Psychol.* 154, 375–382. doi: 10.1080/00221325.1993.10532190

PubMed Abstract | CrossRef Full Text | Google Scholar

Campbell, R., Walker, J., and Baron-Cohen, S. (1995). The development of differential use of inner and outer face features in familiar face identification. *J. Exp. Child Psychol.* 59, 196–210. doi: 10.1006/jecp.1995.1009

CrossRef Full Text | Google Scholar

Camras, L. A., and Allison, K. (1985). Children's understanding of emotional facial expressions and verbal labels. *J. Nonverbal Behav.* 9, 84–94. doi: 10.1007/BF00987140

CrossRef Full Text | Google Scholar

Carter, C. S., Barch, D. M., Gur, R., Gur, R., Pinkham, A., and Ochsner, K. (2009). CNTRICS final task selection: social cognitive and affective neuroscience-based measures. *Schizophr. Bull.* 35, 153–162. doi: 10.1093/schbul/sbn157

PubMed Abstract | CrossRef Full Text | Google Scholar

Celani, G., Battacchi, M. W., and Arcidiacono, L. (1999). The understanding of the emotional meaning of facial expressions in people with autism. *J. Autism Dev. Disord.* 29, 57–66. doi: 10.1023/A:1025970600181

PubMed Abstract | CrossRef Full Text | Google Scholar

Chladkova, K., Podlipsky, V. J., Nudga, N., and Simackova, S. (2021). The McGurk effect in the time of pandemic: age-dependent adaptation to an environmental loss of visual speech cues. *Psychon. Bull. Rev.* doi: 10.3758/s13423-020-01852-2 [Epub ahead of print]

PubMed Abstract | CrossRef Full Text | Google Scholar

Chronaki, G., Hadwin, J. A., Garner, M., Maurage, P., and Sonuga-Barke, E. J. (2015). The development of emotion recognition from facial expressions and non-linguistic vocalizations during childhood. *Br. J. Dev. Psychol.* 33, 218–236. doi: 10.1111/bjdp.12075

PubMed Abstract | CrossRef Full Text | Google Scholar

Chung, M. S., and Thomson, D. M. (1995). Development of face recognition. *Br. J. Psychol.* 86, 55–87. doi: 10.1111/j.2044-8295.1995.tb02546.x

PubMed Abstract | CrossRef Full Text | Google Scholar

Coppola, C. P. (2014). *Developmental Milestones Pediatric Surgery*. Cham: Springer, 459–461.

Google Scholar

de Haan, M., and Nelson, C. A. (1997). Recognition of the mother's face by six-month-old infants: a neurobehavioral study. *Child Dev.* 68, 187–210. doi: 10.1111/j.1467-8624.1997.tb01935.x

PubMed Abstract | CrossRef Full Text | Google Scholar

De Sonneville, L. M., Verschoor, C. A., Njiokiktjien, C., Op het Veld, V., Toorenaar, N., and Vranken, M. (2002). Facial identity and facial emotions: speed, accuracy, and processing

strategies in children and adults. *J. Clin. Exp. Neuropsychol.* 24, 200–213. doi: 10.1076/jcen.24.2.200.989

PubMed Abstract | CrossRef Full Text | Google Scholar

Denham, S. A. (1998). *Emotional Development in Young Children*. New York, NY: Guilford Press.

Google Scholar

Denham, S. A., Bassett, H. H., Zinsser, K., and Wyatt, T. M. (2014). How preschoolers' social–emotional learning predicts their early school success: developing theory-promoting, competency-based assessments. *Infant Child Dev.* 23, 426–454. doi: 10.1002/icd.1840

CrossRef Full Text | Google Scholar

Denham, S. A., Blair, K. A., DeMulder, E., Levitas, J., Sawyer, K., Auerbach-Major, S., et al. (2003). Preschool emotional competence: pathway to social competence? *Child Dev.* 74, 238–256. doi: 10.1111/1467-8624.00533

PubMed Abstract | CrossRef Full Text | Google Scholar

Dyck, M. J., Ferguson, K., and Shochet, I. M. (2001). Do autism spectrum disorders differ from each other and from non-spectrum disorders on emotion recognition tests? *Eur. Child Adolesc. Psychiatry* 10, 105–116. doi: 10.1007/s007870170033

PubMed Abstract | CrossRef Full Text | Google Scholar

Freud, E., Stajduhar, A., Rosenbaum, R. S., Avidan, G., and Ganel, T. (2020). The COVID-19 pandemic masks the way people perceive faces. *Sci. Rep.* 10:22344. doi: 10.1038/s41598-020-78986-9

PubMed Abstract | CrossRef Full Text | Google Scholar

Gao, X., and Maurer, D. (2009). Influence of intensity on children's sensitivity to happy, sad, and fearful facial expressions. *J. Exp. Child Psychol.* 102, 503–521. doi: 10.1016/j.jecp.2008.11.002

PubMed Abstract | CrossRef Full Text | Google Scholar

Gotlib, I. H., Krasnoperova, E., Yue, D. N., and Joormann, J. (2004). Attentional biases for negative interpersonal stimuli in clinical depression. *J. Abnorm. Psychol.* 113, 121–135. doi: 10.1037/0021-843X.113.1.121

PubMed Abstract | CrossRef Full Text | Google Scholar

Green, M. F., Kern, R. S., Robertson, M. J., Sergi, M. J., and Kee, K. S. (2000). "Relevance of neurocognitive deficits for functional outcome in schizophrenia," in *Cognition in Schizophrenia*. eds. T. Sharma and P. Harvey (Oxford, England: Oxford University Press), 178–192.

Google Scholar

Gross, A. L., and Ballif, B. (1991). Children's understanding of emotion from facial expressions and situations: a review. *Dev. Rev.* 11, 368–398. doi: 10.1016/0273-2297(91)90019-K

CrossRef Full Text | Google Scholar

Grossmann, T. (2010). The development of emotion perception in face and voice during infancy. *Restor. Neurol. Neurosci.* 28, 219–236. doi: 10.3233/RNN-2010-0499

PubMed Abstract | CrossRef Full Text | Google Scholar

Gur, R. C., Sara, R., Hagendoorn, M., Marom, O., Hughett, P., Macy, L., et al. (2002). A method for obtaining 3-dimensional facial expressions and its standardization for use in neurocognitive studies. *J. Neurosci. Methods* 115, 137–143. doi: 10.1016/S0165-0270(02)00006-7

PubMed Abstract | CrossRef Full Text | Google Scholar

Hadwin, J. A., Donnelly, N., Richards, A., French, C. C., and Patel, U. (2009). Childhood anxiety and attention to emotion faces in a modified stroop task. *Br. J. Dev. Psychol.* 27, 487–494. doi: 10.1348/026151008X315503

PubMed Abstract | CrossRef Full Text | Google Scholar

Hayes, G. S., McLennan, S. N., Henry, J. D., Phillips, L. H., Terrett, G., Rendell, P. G., et al. (2020). Task characteristics influence facial emotion recognition age-effects: a meta-analytic review. *Psychol. Aging* 35, 295–315. doi: 10.1037/pag0000441

PubMed Abstract | CrossRef Full Text | Google Scholar

Hepach, R., and Westermann, G. (2013). Infants' sensitivity to the congruence of others' emotions and actions. *J. Exp. Child Psychol.* 115, 16–29. doi: 10.1016/j.jecp.2012.12.013

PubMed Abstract | CrossRef Full Text | Google Scholar

Herba, C. M., Landau, S., Russell, T., Ecker, C., and Phillips, M. L. (2006). The development of emotion-processing in children: effects of age, emotion, and intensity. *J. Child Psychol. Psychiatry* 47, 1098–1106. doi: 10.1111/j.1469-7610.2006.01652.x

PubMed Abstract | CrossRef Full Text | Google Scholar

Herba, C., and Phillips, M. (2004). Annotation: development of facial expression recognition from childhood to adolescence: behavioural and neurological perspectives. *J. Child Psychol. Psychiatry* 45, 1185–1198. doi: 10.1111/j.1469-7610.2004.00316.x

PubMed Abstract | CrossRef Full Text | Google Scholar

Hertenstein, M. J., and Campos, J. J. (2004). The retention effects of an adult's emotional displays on infant behavior. *Child Dev.* 75, 595–613. doi: 10.1111/j.1467-8624.2004.00695.x

PubMed Abstract | CrossRef Full Text | Google Scholar

Hobson, R. P., Ouston, J., and Lee, A. (1988). Emotion recognition in autism: coordinating faces and voices. *Psychol. Med.* 18, 911–923. doi: 10.1017/S0033291700009843

PubMed Abstract | CrossRef Full Text | Google Scholar

Hobson, R., Ouston, J., and Lee, A. (1989). Naming emotion in faces and voices: abilities and disabilities in autism and mental retardation. *Br. J. Dev. Psychol.* 7, 237–250. doi: 10.1111/j.2044-835X.1989.tb00803.x

CrossRef Full Text | Google Scholar

Hoffner, C., and Badzinski, D. M. (1989). Children's integration of facial and situational cues to emotion. *Child Dev.* 60, 411–422. doi: 10.2307/1130986

PubMed Abstract | CrossRef Full Text | Google Scholar

Izard, C. E., and Harris, P. (1995). "Emotional development and developmental psychopathology," in *Wiley Series on Personality Processes. Developmental Psychopathology, Vol. 1: Theory and Methods*. eds. D. Cicchetti and D. J. Cohen (New York: John Wiley & Sons), 467–503.

Google Scholar

Izard, C., Stark, K., Trentacosta, C., and Schultz, D. (2008). Beyond emotion regulation: emotion utilization and adaptive functioning. *Child Dev. Perspect.* 2, 156–163. doi: 10.1111/j.1750-8606.2008.00058.x

PubMed Abstract | CrossRef Full Text | Google Scholar

Kohler, C. G., Turner, T. H., Gur, R. E., and Gur, R. C. (2004). Recognition of facial emotions in neuropsychiatric disorders. *CNS Spectr.* 9, 267–274. doi: 10.1017/s1092852900009202

PubMed Abstract | CrossRef Full Text | Google Scholar

Ladouceur, C. D., Dahl, R. E., Williamson, D. E., Birmaher, B., Ryan, N. D., and Casey, B. J. (2005). Altered emotional processing in pediatric anxiety, depression, and comorbid anxiety-depression. *J. Abnorm. Child Psychol.* 33, 165–177. doi: 10.1007/s10802-005-1825-z

PubMed Abstract | CrossRef Full Text | Google Scholar

Lane, J., Rohan, E. M. F., Sabeti, F., Essex, R. W., Maddess, T., Dawel, A., et al. (2018). Impacts of impaired face perception on social interactions and quality of life in age-related macular degeneration: a qualitative study and new community resources. *PLoS One* 13:e0209218. doi: 10.1371/journal.pone.0209218

PubMed Abstract | CrossRef Full Text | Google Scholar

Leitzke, B. T., and Pollak, S. D. (2016). Developmental changes in the primacy of facial cues for emotion recognition. *Dev. Psychol.* 52, 572–581. doi: 10.1037/a0040067

PubMed Abstract | CrossRef Full Text | Google Scholar

Malatesta, C. Z., Culver, C., Tesman, J. R., and Shepard, B. (1989). The development of emotion expression during the first two years of life. *Monogr. Soc. Res. Child Dev.* 54, 1–104.

Google Scholar

Mogg, K., Philippot, P., and Bradley, B. P. (2004). Selective attention to angry faces in clinical social phobia. *J. Abnorm. Psychol.* 113, 160–165. doi: 10.1037/0021-843X.113.1.160

PubMed Abstract | CrossRef Full Text | Google Scholar

Nelson, C. A., Zeanah, C. H., and Fox, N. A. (2019). How early experience shapes human development: the case of psychosocial deprivation. *Neural Plast.* 2019:1676285. doi: 10.1155/2019/1676285

PubMed Abstract | CrossRef Full Text | Google Scholar

Odom, R. D., and Lemond, C. M. (1972). Developmental differences in the perception and production of facial expressions. *Child Dev.* 43, 359–369. doi: 10.2307/1127541

PubMed Abstract | CrossRef Full Text | Google Scholar

Paiva-Silva, A. I. D., Pontes, M. K., Aguiar, J. S. R., and de Souza, W. C. (2016). How do we evaluate facial emotion recognition? *Psychol. Neurosci.* 9, 153–175. doi: 10.1037/pne0000047

CrossRef Full Text | Google Scholar

Philippot, P., and Feldman, R. S. (1990). Age and social competence in preschoolers' decoding of facial expression. *Br. J. Soc. Psychol.* 29, 43–54. doi: 10.1111/j.2044-8309.1990.tb00885.x

PubMed Abstract | CrossRef Full Text | Google Scholar

Phillips, M. L., Drevets, W. C., Rauch, S. L., and Lane, R. (2003a). Neurobiology of emotion perception I: the neural basis of normal emotion perception. *Biol. Psychiatry* 54, 504–514. doi: 10.1016/s0006-3223(03)00168-9

PubMed Abstract | CrossRef Full Text | Google Scholar

Phillips, M. L., Drevets, W. C., Rauch, S. L., and Lane, R. (2003b). Neurobiology of emotion perception II: implications for major psychiatric disorders. *Biol. Psychiatry* 54, 515–528. doi: 10.1016/s0006-3223(03)00171-9

PubMed Abstract | CrossRef Full Text | Google Scholar

Pinkham, A. E., Sasson, N. J., Calkins, M. E., Richard, J., Hughett, P., Gur, R. E., et al. (2008). The other-race effect in face processing among African American and Caucasian individuals with schizophrenia. *Am. J. Psychiatry* 165, 639–645. doi: 10.1176/appi.ajp.2007.07101604

PubMed Abstract | CrossRef Full Text | Google Scholar

Plate, R. C., Wood, A., Woodard, K., and Pollak, S. D. (2019). Probabilistic learning of emotion categories. *J. Exp. Psychol. Gen.* 148, 1814–1827. doi: 10.1037/xge0000529

PubMed Abstract | CrossRef Full Text | Google Scholar

Pollak, S. D., and Kistler, D. J. (2002). Early experience is associated with the development of categorical representations for facial expressions of emotion. *Proc. Natl. Acad. Sci. U. S. A.* 99, 9072–9076. doi: 10.1073/pnas.142165999

PubMed Abstract | CrossRef Full Text | Google Scholar

Rocca, C. C., Heuvel, E., Caetano, S. C., and Lafer, B. (2009). Facial emotion recognition in bipolar disorder: a critical review. *Braz. J. Psychiatry* 31, 171–180. doi: 10.1590/s1516-44462009000200015

PubMed Abstract | CrossRef Full Text | Google Scholar

Rojahn, J., Lederer, M., and Tasse, M. J. (1995). Facial emotion recognition by persons with mental retardation: a review of the experimental literature. *Res. Dev. Disabil.* 16, 393–414. doi: 10.1016/0891-4222(95)00019-J

PubMed Abstract | CrossRef Full Text | Google Scholar

Ruba, A. L., and Pollak, S. D. (2020). Children's emotion inferences from masked faces: implications for social interactions during COVID-19. *PLoS One* 15:e0243708. doi: 10.1371/journal.pone.0243708

PubMed Abstract | CrossRef Full Text | Google Scholar

Saarni, C., Campos, J. J., Camras, L. A., and Witherington, D. (2007). "Emotional development: action, communication, and understanding," in *Handbook of Child Psychology*. Vol. 1. eds. N. Eisenberg, W. Damon, and R. M. Lerner (John Wiley & Sons, Inc.), 226–229.

Google Scholar

Sheik-Ali, S., Sheik-Ali, S., and Sheik-Ali, A. (2021). Hearing impairment and introduction of mandatory face masks. *Ear Nose Throat J.* doi: 10.1177/0145561321992514 [Epub ahead of print]

PubMed Abstract | CrossRef Full Text | Google Scholar

Thomas, K. M., Drevets, W. C., Whalen, P. J., Eccard, C. H., Dahl, R. E., Ryan, N. D., et al. (2001). Amygdala response to facial expressions in children and adults. *Biol. Psychiatry* 49, 309–316. doi: 10.1016/S0006-3223(00)01066-0

PubMed Abstract | CrossRef Full Text | Google Scholar

Tonks, J., Williams, W. H., Frampton, I., Yates, P., and Slater, A. (2007). Assessing emotion recognition in 9-15-years olds: preliminary analysis of abilities in reading emotion from faces, voices and eyes. *Brain Inj.* 21, 623–629. doi: 10.1080/02699050701426865

PubMed Abstract | CrossRef Full Text | Google Scholar

Vicari, S., Reilly, J. S., Pasqualetti, P., Vizzotto, A., and Caltagirone, C. (2000). Recognition of facial expressions of emotions in school-age children: the intersection of perceptual and semantic categories. *Acta Paediatr.* 89, 836–845. doi: 10.1111/j.1651-2227.2000.tb00392.x

PubMed Abstract | CrossRef Full Text | Google Scholar

Walker-Andrews, A. S. (1997). Infants' perception of expressive behaviors: differentiation of multimodal information. *Psychol. Bull.* 121, 437–456. doi: 10.1037/0033-2909.121.3.437

PubMed Abstract | CrossRef Full Text | Google Scholar

Want, S. C., Pascalis, O., Coleman, M., and Blades, M. (2003). Recognizing people from the inner or outer parts of their faces: developmental data concerning "unfamiliar" faces. *Br. J. Dev. Psychol.* 21, 125–135. doi: 10.1348/026151003321164663

CrossRef Full Text | Google Scholar

Wieckowski, A. T., Flynn, L. T., Richey, J. A., Gracanin, D., and White, S. W. (2020). Measuring change in facial emotion recognition in individuals with autism spectrum disorder: a systematic review. *Autism* 24, 1607–1628. doi: 10.1177/1362361320925334

PubMed Abstract | CrossRef Full Text | Google Scholar

World Health Organization (2020). Advice on the use of masks for children in the community in the context of COVID-19. Annex to the Advice on the use of masks in the context of COVID-19. Available at: https://www.who.int/publications/i/item/WHO-2019-nCoV-IPC_Masks-Children-2020.1 (Accessed April 19, 2021).

<u>Psychological and Physiological Consequences of Limited or Compromised
Person to Person connectivity</u>

8.  In my clinic Omega Recovery, we have treated hundreds of teens and young adults with mental health issues—which we've seen exacerbated over the course of the last year and a half related to social, governmental, and societal responses to the Covid-19 virus. Some of those Covid-impacts are related to the isolation and depression that stems from quarantines, but I also believe—and the research suggests—that wearing masks for an extended period of time is also driving an increase in depression and self-harm.

9.  Psychologically, wearing a facemask fundamentally has negative effects on the wearer and the nearby person. Basic human-to-human connectivity through facial expression is compromised and self-identity is somewhat eliminated. [1] [2] [3] These dehumanizing

---

[1] Schneiderman N., Ironson G., Siegel, S.D. Stress and health: psychological, behavioral, and biological determinants. Annu Rev Clin Psychol. 2005;1:607–628. [PMC free article] [PubMed] [Google Scholar]
[2] Thoits P.A. Stress and health: major findings and policy implications. J Health Soc Behav. 2010;51(Suppl):S41–S53. [PubMed] [Google Scholar]
[3] Haslam N. Dehumanization: an integrative review. Pers Soc Psychol Rev. 2006;10:252–264. [PubMed] [Google Scholar]

movements partially delete the uniqueness and individuality of the person wearing the facemask as well as the connected person. [4]

10. Social connections and relationships are basic human needs, which are innately inherited needs in all people, whereas reduced human to human connections are associated with poor mental and physical health (see fn 4).[5]

11. Despite escalation in technology and globalization that would presumably foster social connections, scientific findings show that people are becoming increasingly more socially isolated, and the prevalence of loneliness is increasing in last few decades (see fn 4).[6] Poor social connections are closely related to isolation and loneliness and are considered significant health related risk factors (see fn 4-6).[7]

12. A meta-analysis of 91 studies of about 400,000 people showed a 13% increased mortality risk among people with low compared to high contact frequency (see fn 7). Another meta-analysis of 148 prospective studies (308,849 participants) found that poor social relationships were associated with 50% increased mortality risk. People who were socially isolated or felt lonely had 45% and 40% increased mortality risk, respectively. These findings were consistent across ages, sex, initial health status, cause of death and follow-up periods (see fn 6). Importantly, the increased risk of mortality was found comparable to smoking and exceeding well-established risk factors such as obesity and physical inactivity (see fn 6). An umbrella review of 40 systematic reviews including 10

---

[4] Cohen S. Social relationships and health. Am Psychol. 2004;59:676–684. [PubMed] [Google Scholar]

[5] Leigh-Hunt N., Bagguley D., Bash K.,Turner V., Turnbull S., Valtorta N. An overview of systematic reviews on the public health consequences of social isolation and loneliness. Public Health. 2017;152:157–171. [PubMed] [Google Scholar]

[6] Holt-Lunstad J., Smith T.B., Layton J.B. Social relationships and mortality risk: a meta-analytic review. PLoS Med. 2010;7 [PMC free article] [PubMed] [Google Scholar]

[7] Shor E., Roelfs D.J. Social contact frequency and all-cause mortality: a meta-analysis and metaregression. Soc Sci Med. 2015;128:76–86. [PubMed] [Google Scholar]

meta-analyses demonstrated that compromised social relationships were associated with increased risk of all-cause mortality, depression, anxiety suicide, cancer and overall physical illness (see fn 6).

13. As described by Dr. Daniel W. Stock, M.D., wearing facemasks causes hypoxic and hypercapnic state that constantly challenges the normal homeostasis and activates "fight or flight" stress response, an important survival mechanism in the human body. The acute stress response includes activation of nervous, endocrine, cardiovascular, and the immune systems (see fn 1-2).[8] [9] These include activation of the limbic part of the brain, release stress hormones (adrenalin, neuro-adrenaline and cortisol), changes in blood flow distribution (vasodilation of peripheral blood vessels and vasoconstriction of visceral blood vessels) and activation of the immune system response (secretion of macrophages and natural killer cells) (see fn 1-2).

14. Encountering people who are wearing facemasks activates innate stress-fear emotion, which is fundamental to all humans in danger or life-threatening situations, such as death or unknown, unpredictable outcome.

15. While acute stress response (seconds to minutes) is adaptive reaction to challenges and part of the survival mechanism, chronic and prolonged state of stress-fear is maladaptive and has detrimental effects on physical and mental health. The repeatedly or continuously activated stress-fear response causes the body to operate on survival mode, having

[8] McEwen B.S. Protective and damaging effects of stress mediators. N Engl J Med. 1998;338:171–179. [PubMed] [Google Scholar]
[9] McEwen B.S. Physiology and neurobiology of stress and adaptation: central role of the brain. Physiol Rev. 2007;87:873–904. [PubMed] [Google Scholar]

sustained increase in blood pressure, pro-inflammatory state and immunosuppression (see fn 1-2).

<u>Emotional and Developmental Consequences of Mask Wearing</u>

16. We are a hard-wired social species reliant on social cues for our optimal social-emotional growth and development. Being able to see facial expressions isn't merely a luxury, it's a psychological necessity to establish healthy emotional growth and development. Without this, children are not only adversely impacted developmentally as they don't "learn" appropriate facial and social cues, but neurophysiologically don't develop the mirror neurons that are essential for empathy and compassion.

17. Masks alter, inhibit and distort the context and meaning of the speech by hiding facial expressions and altering tone, the velocity and volume of speech.

18. Facial expressions made while speaking are inexorably linked to the content and meaning of speech and its message.

19. Masks thus interfere with, inhibit, alter and distort the ability of speakers to properly communicate their message and listeners to properly perceive the message of the speaker.

20. Masks (because they obscure the mouth) force the user to speak louder and slower to be understood.   The tone, velocity and volume of speech are inexorably linked to the meaning of the message.

21. Masks, thus interfere, inhibit, alter and distort  the ability of the speaker to properly communicate and listeners to properly perceive the message of the speaker.

22. Covering the lower half of the face of children in the classroom setting is also damaging from a Social Learning Theory perspective. We know that children learn and develop by mimicking adult models (i.e.teachers, parents, etc.). This is an essential tool in learning

and developing non-verbal communication.  However, absent those facial cues, a child

will be stunted in their ability to recognize smiling and laughter as positive emotions and

negative emotions will thus also be amplified.

23. Lessons learned or improperly associated in childhood are not equally learnable later in

life with the same stimulation, as they do not occur with the other original stimulations

that must be learned with them.

24. We also know that face-to-face contact (where faces can be seen) is essential in

establishing bonding—both between students and teachers and children and parents. This

lack of bonding hurts the child emotionally and also inhibits trusting and effective

communication between student and teacher.

25. Reading facial cues is evolutionarily hard-wired into our species to determine friend-or-

foe as an essential factor in our survival and safety. Studies have shown the importance of

"reading" faces to establish trust. Absent that, a profile of mistrust and fear is developed.

Studies also suggest that this increases depression and anxiety. And increased rates of

depression also correlate with increased episodes of anti-social behaviors and self-harm,

including suicidality.

26. The current mental health metrics for our young people are the worst that we've seen on

record: the highest rates of depression, anxiety and suicide. These negative mental health

outcomes are only amplified by the negative psychological impact of masks. In my

professional opinion, this psychological and developmental harm is greater than any

potential harm that children may experience from Covid as they are not significant

vectors of the Covid virus. And even then, the research is sparse regarding the efficacy of

masks in preventing the spread of Covid. Thus, when we are mandating mask-wearing for children, the so-called "cure" is worse than the potential of the virus.

27. I reserve the right to supplement this declaration in writing or through oral testimony up to and through the time of a hearing.  Supplementation will include testimony and evidence that expands upon the contents of this affidavit as well as necessary information outside of the four corners of this declaration.


On this 27th day of September, 2021, I, Nicholas Kardaras, pursuant to 28 U.S.C. §1746, declare that I have read the foregoing declaration and the same is true to my own knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.


/s/   **Nicholas Kardaras**

Nicholas Kardaras, Ph.D.

# EXHIBIT A

# Nicholas Kardaras, Ph.D., LCSW

PO Box 136
Sag Harbor, NY 11963
Cell: (347) 528-8108
www.drkardaras.com
e-mail: nicholaskardaras@yahoo.com

## Curriculum Vitae

**Education:**

**Ph.D.**, **Sofia University, 2007**
   Palo Alto, California

**M.S.W.**, **Stony Brook University**, **2003**
   Stony Brook, New York

**B.S.**, **Cornell University**, **1986**
   Ithaca, New York

**Licenses:** Licensed Psychotherapist in NY, Texas and Hawaii.

**Experience:**

**CEO/Chief Clinical Officer: Omega Healthcare Group (Omega Recovery, Austin; Maui Recovery, Hawaii),** November 2017-Present
CEO of Behavioral Healthcare company that includes a residential drug and alcohol rehab in Maui, HI, and a 40 Bed treatment program in Austin TX. Responsible for all clinical programming and strategic growth and marketing of the company. Company specializes in millennial mental health and addiction, existential crises, as well as pioneering technology addiction programs. www.omegarecovery.org

**Founder: The National Institute for Digital Health and Wellness,** 2019-Present
Founding board member of 501(c)3 Not-for-Profit Institute devoted to creating programming and raising awareness around technology use and overuse.
Mission: Helping "Human Beings Being Human". www.nidhw.org

**Assistant Professor: Stony Brook Medicine/School of Social Work,** 2007-2015
Assistant Professor with advisee caseload; taught graduate students in both larger lecture hall classes as well as smaller practice classes. Classes taught included: Human Behavior in the Social Environment; Overview of Substance Abuse; Individual, Group, and Family Treatment of Addiction; Advanced Clinical Practice with Groups.

**Professor: Institute of Transpersonal Psychology, Doctoral Program,** 2009-2015
Doctoral Program that integrates Philosophy, Psychology and Comparative Religions. Classes taught included: Philosophical Issues in Transpersonal Psychology; Self, Collective and Global Psychologies; Theories of Personality; Beginning Practicum; Contemporary and Wisdom Psychologies; Neuropsychology.

**Executive Director/Clinical Director: The Dunes East Hampton,**
Dec 2011-Nov. 2017
ED and Clinical Director of internationally renowned drug and alcohol treatment center. Responsible for clinical training, supervision and development of all clinical aspects of progressive residential treatment program. Worked closely with clinical team in creating comprehensive and progressive treatment model.

**Psychotherapist**:
In private practice, 2003- Present
Provide psychotherapy to individuals and families.

**Presentations:**
K**eynote speaker** and **presenter** at numerous national and international conferences on mental health and/or addiction. Have presented in: London, Athens, New Zealand, Maui, and at prestigious venues such as the Commonwealth Club in San Francisco and the Colony Club in NY.

**Expert Witness:** Have been certified as an expert witness and given testimony in NY State Supreme Court as well as Palm Beach County, FL Criminal Court.

**TEDx Talk**: Presented on Victor Frankl, Near Death Experiences, and the Quest for Meaning.

Selected to present doctoral dissertation at the **2007 American Psychological Association** (APA) Conference in San Francisco. Category: Humanistic Psychology. Developed *Methodos Philosophia* whereby ancient Greek philosophy was used as praxis/experiential self-growth method.

**Publications/Media:**
Author of ***How Plato and Pythagoras Can Save Your Life*** (Weiser/Conari Press, 2011). Written as an accessible exploration of Greek Metaphysical Philosophy.
Author of Best-Selling ***Glow Kids: How Screen Addiction is Hijacking our Kids*** (St. Martin's Press, 2016). *Glow Kids* has now been translated into 10 languages.
Currently working on a new non-fiction book for St. Martin's Press: ***Digital Dystopia,*** which explores how (oftentimes ethically challenged) 21st century technology, including AI, is impacting our species.

**Have appeared on:** *Good Morning America, CBS Evening News, PBS, FOX &Friends, ABC's 20/20, BBC, NPR,* and several other TV, radio and print outlets both nationally and internationally.
**Have been published in:** *Scientific American; TIME Magazine; Psychology Today; Huffington Post; Salon; Esquire; The NY Daily News.*

**Additional Information:**

Black Belt in Washin Ryu Karate/1985 National A.A.U. Karate Champion. Fluent in Greek. Mindfulness teacher.