UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

L.T AND M.T. by their parent Jeffrey N. Thomas, JEFFREY N. THOMAS as parent of L.T and M.T.; T.L., B.L., R.L., A.L. by their parent Karen LeClair; KAREN LECLAIR as parent of T.L., B.L., R.L., A.L.; J.S. by his parent Danielle Schipano; DANIELLE SCHIPANO as parent of J.S.; B.P by his parent Andrea Penamora, ANDREA PENAMORA as parent of B.P.; E.W. by her parent Joseph Whitehead; and JOSEPH WHITEHEAD as parent of E.W.

Plaintiffs,

vs.

HOWARD A. ZUCKER, in his official capacity and in his individual capacity,

Defendant.

Civil Action No.:  1:21-cv-1034 (LEK/DJS)

**Declaration of Daniel W. Stock**

**Declaration of Daniel W. Stock**

Daniel W. Stock, M.D., pursuant to 28 U.S.C. §1746, declares that:

1. I am medical doctor duly licensed to practice medicine in Indiana.  I have been a family practice physician for approximately 30 years.  Attached hereto as **Exhibit A** is a true and accurate copy of my *Curriculum Vitae*.

2. I have firsthand personal knowledge of the facts set forth below and could competently testify about them if called as a witness.

1

3. Based on my education, training, experience, and ongoing review of the academic literature in the context of COVID-19, it is my professional opinion that mask mandates in schools are highly detrimental to the health and wellbeing of children and unnecessarily restrict children's ability to learn, communicate, and receive communication.

4. In mask wearing, trapped air remains between the mouth, nose and the facemask and is thus rebreathed repeatedly in and out of the body, containing low O2 and high CO2 concentrations. In particular, children who wear masks experience an increase in carbon dioxide (CO2) intake which corresponds to increased CO2 levels in the children's blood. This condition is called hypercapnia.

5. Concomitantly, children who wear masks experience a decrease in oxygen (O2) intake which correspondences to decreased O2 levels in the children's blood. This condition is called hypoxemia. This effect is greater and occurs more quickly the smaller the child because of the increased ratio of mask dead space to lung volume. This has significant mental health and brain function side effects.

6. Raising the CO2 level and lowering the O2 level must obligately activate the hippocampal-amygdala complex. The activation of the hippocampal-amygdala complex will trigger in some children the fight or flight stress response. This emergent-threat detection system of the brain restricts memory access, learning association, and depth of thought.

7. This acute stress response includes activation of nervous, endocrine, cardiovascular, and the immune systems.[1][2] These include activation of the limbic part of the brain, release stress hormones (adrenalin, neuro-adrenaline and cortisol), changes in blood flow distribution (vasodilation of peripheral blood vessels and vasoconstriction of visceral blood vessels) and activation of the immune system response (secretion of macrophages and natural killer cells) (see fn 1-2).

8. Additionally, prolonged hypercapnia and hypoxia causes depression and anxiety in children.

9. While acute stress response (seconds to minutes) is adaptive reaction to challenges and part of the survival mechanism, chronic and prolonged state of stress-fear is maladaptive and has detrimental effects on physical and mental health. The repeatedly or continuously activated stress-fear response causes the body to operate on survival mode, having sustained increase in blood pressure, pro-inflammatory state and immunosuppression.[3][4]

10. Based on the scientific literature, individuals who are required to wear masks pursuant to a mandate have the known potential to suffer immediate and irreparable injury, loss, and damage due to the overall possible resulting measurable drop in oxygen saturation of the blood on one hand and the increase in carbon dioxide on the other, which contributes to

---

[1] McEwen B.S. Protective and damaging effects of stress mediators. N Engl J Med. 1998;338:171–179. [PubMed] [Google Scholar]
[2] McEwen B.S. Physiology and neurobiology of stress and adaptation: central role of the brain. Physiol Rev. 2007;87:873–904. [PubMed] [Google Scholar]
[3] Schneiderman N., Ironson G., Siegel, S.D. Stress and health: psychological, behavioral, and biological determinants. Annu Rev Clin Psychol. 2005;1:607–628. [PMC free article] [PubMed] [Google Scholar]
[4] Thoits P.A. Stress and health: major findings and policy implications. J Health Soc Behav. 2010;51(Suppl):S41–S53. [PubMed] [Google Scholar]

   an increased noradrenergic stress response, with heart rate increase and respiratory rate increase and, in some cases, a significant blood pressure increase.

11. Indeed, encountering people who are wearing facemasks activates innate stress-fear emotion, which is fundamental to all humans in danger or life-threatening situations, such as death or unknown, unpredictable outcome.

12. In sum, mask wearing interferes with children's ability to learn, communicate, and receive communication.

13. I reserve the right to supplement this declaration in writing or through oral testimony up to and through the time of a hearing. Supplementation will include testimony and evidence that expands upon the contents of this affidavit as well as necessary information outside of the four corners of this declaration.

On this 27th day of September, 2021, I, Daniel W. Stock, pursuant to 28 U.S.C. §1746, declare that I have read the foregoing declaration and the same is true to my own knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.


/s/ **Daniel W. Stock**

Daniel W. Stock, M.D.

# EXHIBIT A

# CURRICULUM VITAE
# DANIEL W. STOCK MD

Monday, August 16, 2021
15510 Herriman Blvd, Noblesville, IN 46060
Cell: 317 345-6916
dstock@indy.rr.com

## PROFESSIONAL AFFILIATIONS

Diplomate, American Board of Anti-Aging and Regenerative Medicine,
12/13/2016

Founding Diplomate, American Board of Clinical Lipidology,
12/06/2005

DOT Certified, National Registry of Certified Medical Examiners No. 9888856128

Participant in the Metabolic and Nutritional Medicine Fellowship of the Metabolic Medical Institute

Adjunct Clinical Professor,
Indiana University School of Medicine,
2002-2005

Clinical Assistant Professor,
Marion University College of Osteopathic Medicine,
2017

Member, American Academy of Anti-Aging Medicine

Member, National Lipid Association

Member, Midwest Lipid Association

Community Physicians of Indiana Board of Directors, 2006-2008

Volunteer Member, Community Health Network Osteoporosis Committee

Former President, Information and Technology Committee, Community Physicians of Indiana

Pilot Site Physician for Centricity EHR implementation, Community Physicians of Indiana 2002.

## EHR SYSTEMS PROFICIENCY

Centricity/Logician
Epic Hyperspace
Nextgen
iSalus
Amazing Charts
DocuTap
Athena
Allscripts
Cerbo/MDHQ

## EDUCATION

University of Notre Dame 08/1980-05/1984
Bachelor of Science in Biology, Suma Cum Laude 05/1984

Indiana University School of Medicine 08/1984-05/1988
Doctorate of Medicine 05/1988

St. Vincent Hospital, Indianapolis, Indiana 07/1988-06/1989
Preliminary Rotating Internship

William Beaumont Hospital, Royal Oak, Michigan 07/1991-06/1992
Ophthalmology

CME last three years:      59.25 category I hours

## STANDARDIZED TEST SCORES

American Board of Clinical Lipidology Certifying Examination, November 2005
          Score 94.31%      Mean score 88.14%

Ophthalmology Knowledge Assessment Program, April 1992
          Score:  495   Percentile:  74th

National Board of Medical Examiners
    Part III, May 1989         Score:  590   Percentile:  80th
    Part II, September 1987    Score:  575   Percentile:  75th
    Part I, June 1986          Score:  605   Percentile:  85th

Internal Medicine In-Training Examination, April 1989
          Score:  70    Percentile:  90th

## HOSPITAL AFFILIATIONS

Community Heart and Vascular Hospital, consulting privileges
8075 North Shadeland Avenue
Indianapolis, Indiana 46250
05/20/2003-present

Community Hospitals of Indianapolis South, courtesy privileges
1402 East County Line Road
Indianapolis, Indiana 46239
09/15/1995-present

## WORK HISTORY

| | |
|---|---|
| 1 June 2019-Present | Center Medical Director and Laboratory Director, Grifols Plasma, Anderson, IN |
| 3 Mar 2014 – 1 May 2020 | Private Family Practice as PureHealth Functional Family Medicine, Noblesville, IN |
| 16 Jan 2018-Nov 2018 | Independent Contractor, Consulting Physician, Swiss Wave Indy Clinic Indianapolis, IN |
| 4 October 2016 - 14 September 2017 | Employed Family Practice Physician, PMR Healthcare, Madison County Clinic, Anderson, IN |
| 8 July 2016 - 4 November 2016 | Employed Part-time Family Practice Physician, Franciscan Immediate Care Centers, Indianapolis, IN |
| 5 April 2016 - 8 July 2016 | Employed Part-time Family Practice Physician, American Family Care/Urgent Care, Indianapolis, IN |
| 23 Aug 2015-4 Apr 2016 and 15 Sept 2017-15 Jan 2018 | Independent Contractor, locums employer clinic, urgent care, entrance physicals physician for multiple locums companies |
| 6 Dec 2013- 23 Aug 2015 | Employed Family Practice Physician, Activate Healthcare, multiple locations Indianapolis and Anderson, IN |
| 15 Sep 1995-5 Dec 2013 | Employed Family Practice Physician, Community Health Network, |

|  |  |
|---|---|
|  | Indianapolis, IN |
| 1 Apr-30 Jun 1991 and<br>10 Aug 1992-14 Sept 1995 | Family Practice Physician<br>Independent Subcontractor to Hawley Medical Associates, Hawley Army Community Hospital, Indianapolis, IN |
| 1 Jul 1989-3 Mar 1991 | Emergency Room Physician, Independent Contractor to National Emergency Services.  Most services rendered at Hawley Army Community Hospital, Indianapolis, IN |
| May-Aug 1985 | Extern to Dr. Wallace Zollman, Plastic Surgeon, Indianapolis, IN |

I have also lectured extensively since 1999 both for industry and CME on Lipoprotein Physiology, Hypertension and Osteoporosis

## PUBLICATIONS

"Cardiovascular Effects of Beta-Carbolines in Conscious Rats" Wible, J. H., Luft, F. C., Stock, D., DiMicco, J. A., <u>Hypertension Research,</u> 1996 Sep;19(3):161-70 PMID 8891744

## LICENSES HELD

Indiana Medical License Number:  01037735A
Indiana Controlled Substance License Number:  01037735B
Washington State Medical License Number:  60480109 (inactive)
Michigan Medical License and Controlled Substance License Number: 4301057813 (inactive)

## PROFESSIONAL REFERENCES

Dr. Scott Nall, DO
Village Osteopath and Indy Regenerative Medicine
15510 Herriman Blvd
Noblesville, IN  46060
drscottnall@gmail.com
317 491-5272

Dr. Jennifer Dunbar, MD
1105 Cape Coral Drive
Cicero, IN 46034-9375

jennydunbar@comcast.net
317 420-0062

Swathi Rao PA-C
11495 North Pennsylvania Street, Suite 270
Carmel, Indiana 46032
swathiakka@gmail.com
317 938-4559

Dr Andrew Johnstone, MD
Indiana Physician Associates
7855 S. Emerson Avenue
Indianapolis, IN  46237
jstones@scican.net
317 450-6696